UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09 B 41895 |
| | ) | |
| BERKLEY MANOR APARTMENTS, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO WILLIAM E. HUML & CO., LTD., ACCOUNTANTS FOR DEBTOR, ALLOWANCE AND PAYMENT OF FIFTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 240]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 7,823.50 | TOTAL COSTS REQUESTED: | $ 131.16 |
| TOTAL FEES REDUCED: | $ 286.50 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 7,537.00 | TOTAL COSTS ALLOWED: | $ 131.16 |

**TOTAL FEES AND COSTS ALLOWED:  $ 7,668.16**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(4)    **Insufficient Description**

The court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. In re Pettibone, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted.] Records which give no explanation of the activities performed are not compensable."); In re Wildman, 72 B.R. 700, 708-709 (Bankr. N.D. Ill. 1987) (same).

**(5)** **Duplication of Services**

The court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. See 11 U.S.C. § 330(a)(4)(A)(i). Also, when more than one attorney appears in court on a motion or argument or for a conference, no fee should be sought for non-participating counsel. In re Pettibone, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary.").

IT IS SO ORDERED.

ENTERED:

Date: APR 26 2011

PAMELA S. HOLLIS
United States Bankruptcy Judge

EXHIBIT A
FEE PETITION - WILLIAM E. HUML & CO. Ltd.
BERKLEY MANOR
GENERAL ADMINISTRATION

| Staff | Date | Description of work performed | Hours |
|---|---|---|---|
| Huml,Willi | 11/30/2010 | A - Review the 6-30-10 balance sheet that was filed in the original disclosure statement and discuss changing with R. Landry as requested by attorneys ⑤ | 0.20 |
| Huml,Willi | 12/30/2010 | A - Respond to IRS notices | 0.30 |
| Kolb,Karen | 11/01/2010 | A - prepare list of open payables; compare to budget; cut checks and match to appropriate invoices | 0.40 |
| Kolb,Karen | 11/02/2010 | A - update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 11/02/2010 | A - prepare US Trustee reports for the month of October including all checks cut, all deposits, all payrolls, etc. | 1.10 |
| Kolb,Karen | 11/03/2010 | A - prepare journal entry for payroll and for payroll allocations dated 11/5/10 | 0.30 |
| Kolb,Karen | 11/03/2010 | A - update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 11/03/2010 | A - reconcile all general ledger accounts for the month of October | 0.40 |
| Kolb,Karen | 11/04/2010 | A - transfer cash to cover security deposit checks cut this week | 0.10 |
| Kolb,Karen | 11/04/2010 | A - update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 11/04/2010 | A - review weekly invoices and post in the system | 0.20 |
| Kolb,Karen | 11/09/2010 | A - update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 11/09/2010 | A - prepare list of open payables; compare to budgeted items; cut checks and match to appropriate invoices | 0.60 |
| Kolb,Karen | 11/11/2010 | A - review weekly invoices and post to system | 0.10 |
| Kolb,Karen | 11/12/2010 | A - update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 11/15/2010 | A - review weekly invoices and post in system | 0.10 |
| Kolb,Karen | 11/15/2010 | A - update weekend cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 11/15/2010 | A - prepare list of open payables; compare to budget; cut checks and match to appropriate invoices | 0.50 |
| Kolb,Karen | 11/16/2010 | A - match checks cut to appropriate invoices and prepare all checks for mailing | 0.50 |
| Kolb,Karen | 11/16/2010 | A - update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 11/17/2010 | A - prepare payroll journal entries and payroll allocation journal entries for the payroll on 11/19/10 and enter in the sytem | 0.20 |
| Kolb,Karen | 11/18/2010 | A - update daily cash receipts into spreadsheets; create new cash spreadsheets for the month of December | 0.20 |
| Kolb,Karen | 11/18/2010 | A - transfer funds to cover security deposit checks cut for week ending 11/20/10 | 0.10 |
| Kolb,Karen | 11/22/2010 | A - prepare list of open payables; compare to budget; cut checks and match to appropriate invoices | 0.30 |
| Kolb,Karen | 11/23/2010 | A - update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 11/23/2010 | A - transfer funds to cover security deposit checks cut this week | 0.10 |
| Kolb,Karen | 11/23/2010 | A - review invoices for the week and post in the system | 0.10 |
| Kolb,Karen | 11/30/2010 | A - reconcile both the Operating account and the Security Deposit account for the month of November | 1.20 |
| Kolb,Karen | 12/01/2010 | A - prepare journal entry for 12/3/10 payroll and payroll allocations and enter in system | 0.30 |
| Kolb,Karen | 12/01/2010 | A - reconcile bank accounts through the end of November; prepare list of all checks cut (by general ledger account number) and all receipts for November and enter on US Trustee reports | 1.10 |
| Kolb,Karen | 12/01/2010 | A - prepare 'Verification of Fiduciary's Federal Tax Deposit' reports for November's payrolls | 0.10 |
| Kolb,Karen | 12/01/2010 | A - post bank reconcilliations for Operating account and Security Deposit account into system | 0.20 |
| Kolb,Karen | 12/02/2010 | A - reconcile all balance sheet accounts in Excel spreadsheets for the month of November; print financial statements for November | 0.30 |

EXHIBIT A
FEE PETITION - WILLIAM E. HUML & CO. Ltd.
BERKLEY MANOR
GENERAL ADMINISTRATION

| Staff | Date | Description of work performed | Hours | |
|---|---|---|---|---|
| Huml,Willi | 11/30/2010 | A - Review the 6-30-10 balance sheet that was filed in the original disclosure statement and discuss changing with R. Landry as requested by attorneys | 0.20 ⑤ | (-$45.00) |
| Kolb,Karen | 12/03/2010 | A - update daily receipts into spreadsheets | 0.20 | |
| Kolb,Karen | 12/06/2010 | A - review weekly invoices and post in system | 0.20 | |
| Kolb,Karen | 12/08/2010 | A - update daily cash receipts into spreadsheets | 0.10 | |
| Kolb,Karen | 12/09/2010 | A - prepare list of open payables; compare to budget; cut checks and match to appropriate invoices | 0.50 | |
| Kolb,Karen | 12/09/2010 | A - update daily cash receipts into spreadsheets | 0.10 | |
| Kolb,Karen | 12/09/2010 | A - review all weekly invoices and post in the system | 0.20 | |
| Kolb,Karen | 12/09/2010 | A - transfer funds to cover security deposit checks cut for week ending 12/11/10 | 0.10 | |
| Kolb,Karen | 12/13/2010 | A - update weekend cash receipts into spreadsheets | 0.10 | |
| Kolb,Karen | 12/13/2010 | A - prepare list of open payables; compare to budget; cut checks and match to appropriate invoices | 0.60 | |
| Kolb,Karen | 12/14/2010 | A - update daily cash receipts into spreadsheets | 0.10 | |
| Kolb,Karen | 12/14/2010 | A - prepare payroll journal entry and payroll allocation journal entry for 12/17/10 payroll and enter in system | 0.20 | |
| Kolb,Karen | 12/15/2010 | A - update daily cash receipts into spreadsheets | 0.10 | |
| Kolb,Karen | 12/16/2010 | A - review all weekly invoices and post in the system | 0.10 | |
| Kolb,Karen | 12/20/2010 | A - update daily cash receipts into spreadsheets | 0.10 | |
| Kolb,Karen | 12/20/2010 | A - prepare list of open payables; compare to budget; cut checks and match to appropriate invoices | 0.90 | |
| Kolb,Karen | 12/21/2010 | A - create new cash spreadsheets for the month of January | 0.20 | |
| Kolb,Karen | 12/21/2010 | A - update daily cash receipts into spreadsheets | 0.10 | |
| Kolb,Karen | 12/21/2010 | A - review all weekly invoices and post in the system | 0.30 | |
| Kolb,Karen | 12/22/2010 | A - update daily cash receipts into spreadsheets | 0.10 | |
| Kolb,Karen | 12/22/2010 | A – prepare and enter recurring journal entries to accrue real estate taxes for the month of December | 0.20 | |
| Kolb,Karen | 12/23/2010 | A - update daily cash receipts into spreadsheets | 0.10 | |
| Kolb,Karen | 12/23/2010 | A - transfer funds to cover security deposit checks cut for week ending 12/25/10 | 0.10 | |
| Kolb,Karen | 12/23/2010 | A - prepare list of open payables; compare to budget; cut checks and match to appropriate invoices | 0.20 | |
| Kolb,Karen | 12/30/2010 | A - update daily cash receipts into spreadsheets | 0.20 | |
| Kolb,Karen | 12/30/2010 | A – prepare end of month reports of all checks cut and all receipts for the month of December | 0.30 | |
| Kolb,Karen | 12/30/2010 | A – prepare journal entries for payroll and payroll allocations for week ending 1/1/11 | 0.20 | |
| Kolb,Karen | 12/30/2010 | A - cut additional checks and match to appropriate invoices | 0.20 | |
| Kolb,Karen | 12/31/2010 | A – reconcile Operating bank account as well as the Security Deposit bank account for the month of December | 0.90 | |
| Kolb,Karen | 01/04/2011 | A - update daily cash receipts into spreadsheets | 0.10 | |
| Kolb,Karen | 01/04/2011 | A - prepare list of open payables; compare to budget; cut checks and match to appropriate invoices | 0.40 | |
| Kolb,Karen | 01/04/2011 | A – post in system reconciled Operating bank account and Security Deposit bank account adjustments for the month of December | 0.50 | |
| Kolb,Karen | 01/05/2011 | A – prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of December | 2.00 | |
| Kolb,Karen | 01/07/2011 | A - update daily cash receipts into spreadsheets | 0.10 | |
| Kolb,Karen | 01/07/2011 | A - cut check for US Trustee for fourth quarter 2010 | 0.10 | |
| Kolb,Karen | 01/07/2011 | A - reconcile all general ledger accounts for the month of December | 0.20 | |

**EXHIBIT A**
**FEE PETITION - WILLIAM E. HUML & CO. Ltd.**
**BERKLEY MANOR**
**GENERAL ADMINISTRATION**

| Staff | Date | Description of work performed | Hours |
|---|---|---|---|
| Huml,Willi | 11/30/2010 | A - Review the 6-30-10 balance sheet that was filed in the original disclosure statement and discuss changing with R. Landry as requested by attorneys ⑤ | 0.20 (-$45.00) |
| Kolb,Karen | 01/07/2011 | A - review all weekly invoices and post in the system | 0.10 |
| Kolb,Karen | 01/07/2011 | A - transfer funds to cover security deposit checks cut for week ending 1/8/11 | 0.10 |
| Kolb,Karen | 01/10/2011 | A - update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 01/10/2011 | A - review all weekly invoices and post in the system | 0.20 |
| Kolb,Karen | 01/10/2011 | A - prepare list of open payables; compare to budget; cut checks and match to appropriate invoices | 0.30 |
| Kolb,Karen | 01/11/2011 | A - update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 01/12/2011 | A - file Local Service Tax return for 4th quarter 2010 | 0.20 |
| Kolb,Karen | 01/12/2011 | A - review all weekly invoices and post in the system | 0.10 |
| Kolb,Karen | 01/12/2011 | A – prepare journal entries for payroll and payroll allocations for week ending 1/15/11 | 0.10 |
| Kolb,Karen | 01/13/2011 | A - update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 01/13/2011 | A - prepare list of open payables; compare to budget; cut checks and match to appropriate invoices | 0.20 |
| Kolb,Karen | 01/17/2011 | A - review all weekly invoices and post in the system | 0.30 |
| Kolb,Karen | 01/17/2011 | A - update daily cash receipts into spreadsheets | 0.20 |
| Kolb,Karen | 01/18/2011 | A - update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 01/20/2011 | A - update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 01/20/2011 | A - review all weekly invoices and post in the system | 0.20 |
| Kolb,Karen | 01/20/2011 | A - research all vendor activity in order to prepare and file 1099's | 0.80 |
| Kolb,Karen | 01/24/2011 | A - update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 01/25/2011 | A – prepare and enter recurring journal entries to accrue real estate taxes for the month of January | 0.10 |
| Kolb,Karen | 01/25/2011 | A - create new cash spreadsheets for February; print out list of all checks cut and all deposits made for January for bank recs | 0.30 |
| Kolb,Karen | 01/26/2011 | A – prepare journal entries for payroll and payroll allocations for week ending 1/29/11 | 0.30 |
| Kolb,Karen | 01/26/2011 | A - prepare and file 1099's and 1096 for 2010 | 0.50 |
| Kolb,Karen | 01/27/2011 | A - prepare list of open payables; compare to budget; cut checks and match to appropriate invoices | 0.50 |
| Kolb,Karen | 01/31/2011 | A - update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 01/31/2011 | A - review all weekly invoices and post in the system | 0.20 |
| Kolb,Karen | 01/31/2011 | A - reconcile Operating bank account as well as the Security Deposit bank account for the month of January | 1.10 |
| Landry,Ron | 11/09/2010 | A - Preparation of special reporting requested from Grant Thornton (Balance Sheet, Income Statement, Rent Rolls, A/R Aging, A/P Aging) | 0.70 |
| Landry,Ron | 11/09/2010 | A - Respond to Grant Thornton's request for Yardi move-out reporting; send file to Debtor accordingly | 0.40 |
| Landry,Ron | 11/10/2010 | A - Respond to Grant Thornton's email regarding the mortgage and accrued real estate tax balances | 0.30 |
| Landry,Ron | 11/10/2010 | A - Review and email .pdf documents for the US Trustee reporting for month ending 10/31/10 | 0.40 |
| Landry,Ron | 11/16/2010 | A - Review financial statements through October 2010; prepare recommendations for adjustments to specific accounts | 0.40 |
| Landry,Ron | 11/22/2010 | A - Prepare analysis for YTD management fees for Debtor; email accordingly | 0.40 |
| Landry,Ron | 11/24/2010 | A - Follow up on the status of the budget for weeks ending 12/4 through 1/15/11; send the Excel file to Grant Thornton | 0.20 |

EXHIBIT A
FEE PETITION - WILLIAM E. HUML & CO. Ltd.
BERKLEY MANOR
GENERAL ADMINISTRATION

| Staff | Date | Description of work performed | Hours | |
|---|---|---|---|---|
| Huml,Willi | 11/30/2010 | A - Review the 6-30-10 balance sheet that was filed in the original disclosure statement and discuss changing with R. Landry as requested by attorneys | 0.20 | (5) (-$45.00) |
| Landry,Ron | 12/01/2010 | A - Run various reporting (A/R Aging, A/P Aging) for preparation of Trustee Reports; run specific reporting for Grant Thornton's monhtly requirements | 0.60 | |
| Landry,Ron | 12/09/2010 | A - Review financial statements for month ending 11/25/10 | 0.30 | |
| Landry,Ron | 12/13/2010 | A - Scan and email all trustee reporting for month ending 11/30/10 to attorneys for filing | 0.20 | |
| Landry,Ron | 12/14/2010 | A - Calculate the amount of the check to be issued to the new Private Bank as a reserve account; discuss with manager the setting up of the account in Yardi | 0.20 | |
| Landry,Ron | 12/16/2010 | A - Discuss with attorney, Glazer, the email and notes relating the disclosure balance sheet as questioned by Leslie Bayles; determined that we needed more information on what she was referring to | 0.30 | |
| Landry,Ron | 01/01/2011 | A - Prepare reporting needed for US Trustee reporting period ending 12/31/10 to include end of month A/R Aging, A/P Aging, also prepare Rent Rolls as of 1/1 to be sent to Grant Thornton | 0.30 | |
| Landry,Ron | 01/03/2011 | A - Various reporting requirements as requested by Grant Thornton; send email with: A/R Aging, A/P Aging, Rent Roll, Move-out statement, copy of December bank statements | 0.50 | |
| Landry,Ron | 01/05/2011 | A - Review preliminary trustee reporting to determine how to handle the reserve account at Private Bank | 0.20 | |
| Landry,Ron | 01/07/2011 | A - Prepare US Trustee Quarterly Fee Statement for quarter ending 12/31/10 | 0.30 | |
| Landry,Ron | 01/10/2011 | A - Prepare monthly balance sheet for December 2010 and quarterly income statement for October-December 2010 with Capital Expenditures; send to Debtor for review | 0.50 | |
| Landry,Ron | 01/11/2011 | A - Review, revise and scan US Trustee signature pages to Debtor for month ending 12/31/10; scan final copy to attorney | 0.60 | |
| Landry,Ron | 01/18/2011 | A - Work with regional manager, C. Davis, regarding the question posed by Grant Thornton on the Security Deposit bank account vs. the Security Deposit payable account and the differences therein | 0.50 | |
| Landry,Ron | 01/18/2011 | A - Prepare updated December balance sheet as requested by Grant Thornton; email accordingly | 0.30 | |
| Landry,Ron | 01/20/2011 | A - Scan and obtain signatures for the Trustee quarterly statements; scan same (along with copies of checks) to attorneys | 0.10 | |
| Landry,Ron | 01/21/2011 | A - Respond to questions raised by Grant Thornton regarding variance report through 1/15 | 0.20 | |
| Landry,Ron | 01/26/2011 | A - Resend the March 2010 monthly Trustee report to attorney, R. Fimoff, per his request | 0.30 | |
| Landry,Ron | 01/26/2011 | A - Review 1099s issued for 2010 tax year; mail all 1099 forms | 0.30 | |
| Landry,Ron | 01/27/2011 | A - Review of management fees paid and to be paid for January and February per request from Debtor | 0.20 | |

|  |  |
|---|---|
| William E. Huml | 0.50 |
| Ronda Landry | 8.70 |
| Karen Kolb | 25.90 |
| Total: | 35.10 |

F88543

**EXHIBIT B**
**FEE PETITION - WILLIAM E. HUML & CO. Ltd.**
**BERKLKEY MANOR**
**CASH COLLATERAL**

| Staff | Date | Description of work performed | Hours |
|---|---|---|---|
| Kolb,Karen | 11/01/2010 | B - enter checks cut onto variance reports for week ending 11/6/10 | 0.40 |
| Kolb,Karen | 11/03/2010 | B - enter payroll and payroll allocations dated 11/5/10 onto variance reports | 0.20 |
| Landry,Ron | 11/04/2010 | B - Wire transfer of true-up month end payment to Anglo Irish | 0.20 |
| Landry,Ron | 11/08/2010 | B - Review and preparation of the variance reporting for week ending 11/6; set up new variance spreadsheet for week ending 11/13 | 0.60 |
| Kolb,Karen | 11/09/2010 | B - enter all checks cut onto variance reports for week ending 11/13/10 | 0.40 |
| Landry,Ron | 11/09/2010 | B - Review and sign payment checks for this week's budget | 0.20 |
| Kolb,Karen | 11/12/2010 | B - balance variance reports to our cash spreadsheets for week ending 11/13/10 and print out | 0.30 |
| Kolb,Karen | 11/12/2010 | B - create new variance reports for week ending 11/20/10 | 0.40 |
| Landry,Ron | 11/12/2010 | B - Respond to Grant Thornton's question on the deposit difference for variance vs. operating statement | 0.30 |
| Landry,Ron | 11/12/2010 | B - Review and email the variance report for week ending 11/13 | 0.40 |
| Kolb,Karen | 11/15/2010 | B - enter checks cut on variance reports for week ending 11/20/10 | 0.50 |
| Landry,Ron | 11/15/2010 | B - Research erroneous issue brought up by Grant Thornton regarding the amount of Adequate ④ | 0.40 (-$64.00) |
| Landry,Ron | 11/15/2010 | B - Set up new budget template for manager to review/populate for the weeks ending 12/4 through 1/15/11; email accordingly | 0.20 |
| Landry,Ron | 11/16/2010 | B - Review and sign vendor check issued for week ending 11/20 | 0.20 |
| Landry,Ron | 11/17/2010 | B - Review and email preliminary budget for period 12/4 through 1/15/11 | 0.40 |
| Kolb,Karen | 11/18/2010 | B - enter 11/19/10 payroll onto variance reports; balance variance reports for week ending 11/20/10 and print | 0.20 |
| Kolb,Karen | 11/18/2010 | B - create new variance reports for week ending 11/27/10 | 0.20 |
| Landry,Ron | 11/19/2010 | B - Review and email .pdf the variance reports for week ending 11/20 | 0.40 |
| Kolb,Karen | 11/22/2010 | B - enter checks cut onto variance reports for week ending 11/27/10 | 0.30 |
| Landry,Ron | 11/22/2010 | B - Discussion regarding the entry of the true-up management fees into the budget for week ending 12/11; resend budget for final approval by Debtor | 0.30 |
| Kolb,Karen | 11/23/2010 | B - balance cash spreadsheets to variance reports | 0.20 |
| Landry,Ron | 11/23/2010 | B - Make final adjustments to budget for weeks covered 12/4 to 1/15/11 and send to attorney, Fimoff | 0.20 |
| Landry,Ron | 11/23/2010 | B - Communicate with Debtor's office regarding the WC audit invoice and the payment of the allocated amounts pursuant to the budgets | 0.10 |
| Kolb,Karen | 11/24/2010 | B - balance variance reports to cash spreadsheets and print out reports for week ending 11/27/10 | 0.10 |
| Landry,Ron | 11/29/2010 | B - Review and update the variance report for week ending 11/27; send to Debtor for approval | 0.40 |
| Landry,Ron | 11/29/2010 | B - Review questions posed by Grant Thornton on the 7-week budget; respond accordingly | 0.40 |
| Landry,Ron | 11/30/2010 | B - Various discussions and responses to the questions posed by Grant Thornton in approval of the 7-week forecast 1/15/11; discuss questions with Debtor for period 12/4 through accordingly; make modification to the budget for Office/Leasing payroll | 0.80 |
| Kolb,Karen | 12/01/2010 | B - enter 12/3/10 payroll and allocations onto variance reports for weekending 12/4/10 | 0.30 |
| Landry,Ron | 12/01/2010 | B - Coordinate the communication regarding questions (flooring, payroll, other) related to the budget | 0.50 |
| Kolb,Karen | 12/06/2010 | B - create new variance reports for week ending 12/11/10 | 0.30 |
| Landry,Ron | 12/06/2010 | B - Finalize and email the variance report for week ending 12/4 | 0.40 |
| Landry,Ron | 12/07/2010 | B - Discussion with Debtor and Grant Thornton the details of the budget and the exceptions therein | 0.30 |
| Landry,Ron | 12/08/2010 | B - Review open payables; email list of those payments needing to be paid; communicate with Grant Thornton and Debtor accordingly | 0.40 |
| Kolb,Karen | 12/09/2010 | B - enter checks cut on variance reports for week ending 12/11/10 | 0.40 |

**EXHIBIT B**
**FEE PETITION - WILLIAM E. HUML & CO. Ltd.**
**BERKLKEY MANOR**
**CASH COLLATERAL**

| Staff | Date | Description of work performed | Hours |
|---|---|---|---|
| Landry, Ron | 01/13/2011 | B - Responses to the various questions raised by Grant Thornton for the budget period 1/22 through 2/26/11; accumulate the responses and the documentation and respond accordingly | 1.20 |
| Landry, Ron | 01/13/2011 | B - Review and send the variance reports for week ending 1/15 for Debtor's approval | 0.30 |
| Kolb, Karen | 01/24/2011 | B – create new variance reports for week ending 1/29/11 | 0.60 |
| Landry, Ron | 01/24/2011 | B - Prepare variance report for week ending 1/22; no approved budget, but completed with ④ | 0.50 (-$87.50) |
| Landry, Ron | 01/25/2011 | B - Revise and resend the budget for weeks ending 1/22 through 2/26 per instructions from attorney, R. Fimoff; review open payables and include if necessary | 0.80 |
| Kolb, Karen | 01/27/2011 | B - enter checks cut on variance reports for week ending 1/29/11 | 0.50 |
| Landry, Ron | 01/27/2011 | B - Review and follow up on open payables which require payments; telephone call with attorney, R. Fimoff; sign checks which will be held until we receive the approval | 0.50 |
| Landry, Ron | 01/28/2011 | B - Prepare variance report for week ending 1/29 and send to Debtor for review and approval | 0.70 |
| Landry, Ron | 01/28/2011 | B - Various conversations relating to the new budget for week ending through 2/26; discuss management fees with Debtor and Grant Thornton; send Grant Thornton a response to their issue relating to employees at Berkley; update budget accordingly | 0.80 |
| Landry, Ron | 01/31/2011 | B - Send final budget to Debtor for final review; update accordingly | 0.30 |

F88543

| | |
|---|---|
| Ronda Landry | 21.60 |
| Karen Kolb | 9.10 |
| Total: | 30.70 |