IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

IN RE: )
) Case No. 09-41895
BERKLEY MANOR APARTMENTS, L.P. ) Chapter 11
a Pennsylvania limited partnership ) Hon. Pamela S. Hollis
)
) Hearing Date: September 20, 2011
) Hearing Time: 10:00 AM

## NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on September 20, 2011 at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, in Courtroom 644 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in her place or stead, and shall then and there present the:

DEBTOR'S MOTION FOR FINAL DECREE PURSUANT TO FED. R. BANKR. P. 3022

at which time and place you may appear as you see fit.

*Copies of the Motion are available from the Clerk of the Bankruptcy Court through the CM/ECF system, or upon request from the undersigned,*

Robbins, Salomon & Patt, Ltd.

By:    /s/Richard H. Fimoff
Richard H. Fimoff

RICHARD H. FIMOFF (#804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington St., Suite 1000
Chicago, Illinois 60602
Telephone: (312) 782-9000
rfimoff@rsplaw.com

G08097

## CERTIFICATE OF SERVICE

     Richard H. Fimoff certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon Patrick S. Layng, U.S. Trustee and Anglo Irish Bank Mortgage c/o Bryan Cave Law Firm, via electronically filing the foregoing with the Clerk of the Court using the CM/ECF system or, in the case of the Debtor's Unsecured Creditors (see list below), by depositing a copy in the U. S. Mail, at 25 E. Washington St., Chicago, Illinois, postage prepaid, addressed as shown below, on or before 5:00 p.m. on the 30th day of August, 2011.

                                                                                                         /s/Richard H. Fimoff

G08097

Allegheny Pest Control
1356 Rt. 51
Suite 2
Jefferson Hills, PA  15025

American Pool Management-Pitts
4552 McKnight Road
Suite 5
Pittsburgh, PA  15237-3125

Amy Phillips
100 Hampshire Drive
Cranberry Townsh, PA  16066

Anglo Irish Bank
c\o BrynCave
161 N. Clark St., Ste 4300
Chicago, IL  60601

Apartment Finder-Pittsburgh
4030 Monroeville Blvd.
Monroeville, PA  15146

Apartment Finder-Pittsburgh
Network Comm Inc.
PO Box 402168
Atlanta, GA  30384-2168

Apartments.com
2563 Collection Center Drive
Chicago, IL  60693

Assurance Agency Ltd.
PO Box 66056
Chicago, IL  60666-0056

Assurant Health
PO Box 790076
St. Louis, MO  63179-0076

Berkley Manor Apartments Limited Ptrshp
c\o North Street Properties
100 North Field Drive, #110
Lake Forest, IL  60045-1694

Best Karpet Klean - Pittsburgh

G08097

1477 E. 357th Street
Eastlake, OH  44095

Butler County, Pennsylvania
c\o P.J. Lynd, Tax Collector
2525 Rochester Rd., Ste 402
Cranberry Townsh, PA  16066

Coatsworth Painting
117 Hoffman Road
Zelienople, PA  16066

Columbia Gas
PO Gas 742537
Cincinnati, OH  45274

Contactone Communications
1627 Penn Avenue, Suite 9A
Pittsburgh, PA  15222-4719

Cort Furniture
1201 Brighton Road
Pittsburgh, PA  15233

Crystal and Hinkley Springs
6750 Discovery Blvd.
Attn: Anika Johnson
Mableton, GA  30126

CTR Systems, Inc.
555 Keystone Drive
Warrendale, PA  15086

Don's Glass & Mirror
12619 Perry Highway
Wexford, PA  15090

Duron Paints & Wallcoverings
2701 Smallman Street
Pittsburgh, PA  15222-4719

Easton Telecom Services LLC
PO Box 550
Richfield, OH  44286

Floor Designs Unlimited LLC

G08097

3330 Library Road
Pittsburgh, PA  15234

For Rent Magazine
c/o United Advertising Publica
18943 - 120th Avenue N.E. #101
Bothell, WA  98011

For Rent Magazine
75 Remittance Drive, #1705
Chicago, IL  60675-1705

General Electric-Atlanta
Dehaan & Bach
25 Whitney Drive, ste. 16
Milford, OH  45150

General Electric-Atlanta
PO Box 402271
Atlanta, GA  30384-2271

General Electric-Pittsburgh
PO Box 640506
Pittsburgh, PA  15264-0506

General Electric-Pittsburgh
Dehaan & Bach
25 Whitney Drive, Ste. 106
Milford, OH  45150

Hagan Business Machines of
1773 N. Main Street
Butler, PA  16001

HD Supply Facilities Maint.
PO Box 509058
Shannon Moreno
San Diego, CA  92150-9058

Illustratus
8455 Lenexa Drive
Overland Park, KS  66214

Ivan Djurin
c\o North Street Properties
100 N. Field Dr., Ste 110

G08097

Lake Forest, IL  60045-0000

James Storer
581 Kimble Drive
Glenshaw, PA  15116

Jeffrey P. Myers
17025 Perry Highway
Warrendale, PA  15086-7547

JML Landscape Management
978 Route 910
Pittsburgh, PA  15238

Kam Management Company
100 Erie Plaza
27th Floor, Erieview Tower
Cleveland, OH  44114

Kurtanich
3001 Fallbrook Drive
Moon Township, PA  15108

Lab Safety Supply
PO Box 1368
Janesville, WI  53547

MGI Carpet Service, Inc.
PO Box 16
Gibsonia, PA  15044

MGI Carpet Service, Inc.
c/o Sierra Liquidity Fund, LLC
2699 White Road, Ste. 255
Irvine, CA  92614

Miracle Method of NW Pittsburg
1039 State Route 168
Darlington, PA  16115

Mongiovi and Son Fire Protecti
190 Bilmar Drive, Suite 100
Pittsburgh, PA  15205

Move Sales, Inc.
910 E. Hamilton Avenue

G08097

6th Floor
Campbell, CA  95008

National Apartment Association
c/o John McDermott
4300 Wilson Blvd., Ste. 400
Arlington, VA  22203

National City Credit Card
P. O. Box 856176
Louisville, KY  40285

North Street Properties Inc.
100 Field Drive, #110
Lake Forest, IL  60045-0000

Overhead Door Company
400 Poplar Street
Pittsburgh, PA  15223

Penn Power
PO Box 3687
Akron, OH  44309

Premier Safety & Service, Inc.
Two Industrial Park Drive
Oakdale, PA  15071

Quill Corporation
PO Box 37600
Philadelphia, PA  19101

Rent.com
Payment Center
Los Angeles, CA  90084

Rental Guide
c/o Sierra Liquidity Fund, LLC
2699 White Road, Ste. 255
Irvine, CA  92614

Resident Data, Inc.
c/o LexisNexis Screening
PO Box 7247-7782
Philadelphia, PA  19170-7782

G08097

Seneca Valley School District
c\o P.J. Lynd, Tax Collector
2525 Rochester Rd., Ste 402
Cranberry Townsh, PA  16066

Sprint
PO Box 4191
Carol Stream, IL  60197-4191

Steratore Sanitary Supply
P.O. Box 16
Washington, PA  15301

Teresa Matre
1498 Branch Falls Trail
Sylva, NC  28779

US Abe Uniform & Clothing
807 East Carson Street
Pittsburgh, PA  15203

US Power Wash
2024 Ventana Drive
Coraopolis, PA  15108

Vogel Disposal Service Inc.
121 Brickyard Rd.
Mars, PA  16046

Western Pennsylvania Apartment
P.O. Box 3165
Pittsburgh, PA  15230

Wilmar
Chantal Bouchard
P. O. Box 404284
Atlanta, GA  30384-2168

G08097

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | Chapter 11 |
| BERKLEY MANOR APARTMENTS, L.P. ) | |
| a Pennsylvania limited partnership ) | Case No. 09-41895 |
| Debtor ) | Hon. Pamela Hollis |
| ) | |

**DEBTOR'S MOTION FOR FINAL DECREE
PURSUANT TO FED. R. BANKR. P. 3022**

Now comes Berkley Manor Apartments, L. P., the reorganized debtor herein and respectfully represents and requests that this Court enter a final decree herein, and in support thereof, states as follows:

1. On November 3, 2009, Berkley Manor Apartments, L. P. commenced this case by filing its voluntary petition. [docket no. 1]

2. That July 21, 2011 this Court signed an order confirming the Joint Plan of Reorganization propounded by the debtors and Anglo Irish Bank Corporation [docket no. 297], which order has now become final.

3. That substantial consummation of the plan as contemplated in 11 U.S.C. §§1127(b) and 1101(2) has occurred.

4. That the following factors have occurred:

    a.  property proposed by the plan to be transferred has been transferred;
    b.  new secured lending documentation under the plan has been executed;

G07810

    c.    the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan and has employed a CRO as provided under the plan;

    d.    payments of real estate taxes under the plan have been made;

    e.    payments to be made under the plan have commenced; and,

    f.    all motions, contested matters, and adversary proceedings have been resolved.

5. That Reorganized Debtor is prepared to pay all outstanding fees to the U. S. Trustee.

6. That Reorganized Debtor submits that that the Joint Plan has been substantially consummated and all factors necessary for the entry of a final decree as contemplated in Fed. R. Bankr. P. 3002 have occurred.

WHEREFORE, Berkley Manor Apartments, L. P., reorganized debtor herein respectfully requests that this Court enter:

1. a final decree herein;

2. an order directing that upon payment of all outstanding fees to the U. S. Trustee this estate be closed; and,

3. an order containing such further provisions as may be equitable or appropriate.

                Respectfully submitted,

                **Berkley Manor Apartments, L. P.**

                BY: **/s/ Richard H. Fimoff**
                      One of its attorneys

Richard H. Fimoff (Atty No. 804886)
Robbins, Salomon,& Patt, Ltd.
25 East Washington Street-Suite 1000
Chicago, Illinois 60602
(312) 782-9000
Attorney for Debtor/Reorganized Debtor

G07810