## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

IN RE:

BERKLEY MANOR APARTMENTS, L.P.
a Pennsylvania limited partnership

)
)
)
)
)
)
)

Case No. 09-41895
Chapter 11
Hon. Pamela S. Hollis

Hearing Date: September 20, 2011
Hearing Time: 10:00 AM

### AMENDED
### NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on September 20, 2011 at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, in Courtroom 644 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in her place or stead, and shall then and there present the:

(a)   Eighth and Final Application of Robbins, Salomon & Patt, Ltd., as Attorneys for the Debtor and Debtor in Possession from November 4, 2009 through August 18, 2011, for Final Allowance and Payment of Compensation of $308,606.85 and Reimbursement of Expenses of $5,533.64 of which $257,549.35 for fee has been previously paid and $4,012.06 for expenses has previously been paid leaving a balance due of $51,057.50 for professional fees provided and $1,521.58 for expenses incurred;

(b)   Seventh and Final Application of William E. Huml & Company, Ltd., as Accountant for the Debtor and Debtor in Possession from November 4, 2009 through August 18, 2011, for Final Allowance and Payment of Compensation of $75,816.70 and Reimbursement of Expenses of $347.76 of which $69,669.20 for fee has been previously paid and $263.56 for expenses has previously been paid leaving a balance due of $6,147.50 for professional fees provided and $84.20 for expenses incurred;

at which time and place you may appear as you see fit.

*Copies of Robbins, Salomon & Patt, Ltd's and William E. Huml's fee petitions are available from the Clerk of the Bankruptcy Court through the CM/ECF system, or upon request from the undersigned,*

**Robbins, Salomon & Patt, Ltd.**

By:   /s/Richard H. Fimoff
       Richard H. Fimoff

RICHARD H. FIMOFF  (#804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington St., Suite 1000
Chicago, Illinois 60602
Telephone: (312) 782-9000
rfimoff@rsplaw.com

FZ627402

## CERTIFICATE OF SERVICE

Richard H. Fimoff certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon Patrick S. Layng, U.S. Trustee and Anglo Irish Bank Mortgage c/o Bryan Cave Law Firm, via electronically filing the foregoing with the Clerk of the Court using the CM/ECF system or, in the case of the Debtor's Unsecured Creditors (see list below), by depositing a copy in the U. S. Mail, at 25 E. Washington St., Chicago, Illinois, postage prepaid, addressed as shown below, on or before 5:00 p.m. on the 26th day of August, 2011.

/s/Richard H. Fimoff

Allegheny Pest Control
1356 Rt. 51
Suite 2
Jefferson Hills, PA  15025

American Pool Management-Pitts
4552 McKnight Road
Suite 5
Pittsburgh, PA  15237-3125

Amy Phillips
100 Hampshire Drive
Cranberry Townsh, PA  16066

Anglo Irish Bank
c/o BrynCave
161 N. Clark St., Ste 4300
Chicago, IL  60601

Apartment Finder-Pittsburgh
4030 Monroeville Blvd.
Monroeville, PA  15146

Apartment Finder-Pittsburgh
Network Comm Inc.
PO Box 402168
Atlanta, GA  30384-2168

Apartments.com
2563 Collection Center Drive
Chicago, IL  60693

Assurance Agency Ltd.
PO Box 66056
Chicago, IL  60666-0056

Assurant Health
PO Box 790076
St. Louis, MO  63179-0076

Berkley Manor Apartments Limited Ptrshp
c/o North Street Properties
100 North Field Drive, #110
Lake Forest, IL  60045-1694

Best Karpet Klean - Pittsburgh
1477 E. 357th Street
Eastlake, OH  44095

Butler County, Pennsylvania
c/o P.J. Lynd, Tax Collector
2525 Rochester Rd., Ste 402
Cranberry Townsh, PA  16066

Coatsworth Painting
117 Hoffman Road
Zelienople, PA  16066

Columbia Gas
PO Gas 742537
Cincinnati, OH  45274

Contactone Communications
1627 Penn Avenue, Suite 9A
Pittsburgh, PA  15222-4719

Cort Furniture
1201 Brighton Road
Pittsburgh, PA  15233

Crystal and Hinkley Springs
6750 Discovery Blvd.
Attn: Anika Johnson
Mableton, GA  30126

CTR Systems, Inc.
555 Keystone Drive
Warrendale, PA  15086

FZ627402

Don's Glass & Mirror
12619 Perry Highway
Wexford, PA  15090

Duron Paints & Wallcoverings
2701 Smallman Street
Pittsburgh, PA  15222-4719

Easton Telecom Services LLC
PO Box 550
Richfield, OH  44286

Floor Designs Unlimited LLC
3330 Library Road
Pittsburgh, PA  15234

For Rent Magazine
c/o United Advertising Publica
18943 - 120th Avenue N.E. #101
Bothell, WA  98011

For Rent Magazine
75 Remittance Drive, #1705
Chicago, IL  60675-1705

General Electric-Atlanta
Dehaan & Bach
25 Whitney Drive, ste. 16
Milford, OH  45150

General Electric-Atlanta
PO Box 402271
Atlanta, GA  30384-2271

General Electric-Pittsburgh
PO Box 640506
Pittsburgh, PA  15264-0506

General Electric-Pittsburgh
Dehaan & Bach
25 Whitney Drive, Ste. 106
Milford, OH  45150

Hagan Business Machines of
1773 N. Main Street
Butler, PA  16001

HD Supply Facilities Maint.
PO Box 509058
Shannon Moreno
San Diego, CA  92150-9058

Illustratus
8455 Lenexa Drive
Overland Park, KS  66214

Ivan Djurin
c\o North Street Properties
100 N. Field Dr., Ste 110
Lake Forest, IL  60045-0000

James Storer
581 Kimble Drive
Glenshaw, PA  15116

Jeffrey P. Myers
17025 Perry Highway
Warrendale, PA  15086-7547

JML Landscape Management
978 Route 910
Pittsburgh, PA  15238

Kam Management Company
100 Erie Plaza
27th Floor, Erieview Tower
Cleveland, OH  44114

Kurtanich
3001 Fallbrook Drive
Moon Township, PA  15108

Lab Safety Supply
PO Box 1368
Janesville, WI  53547

MGI Carpet Service, Inc.
PO Box 16
Gibsonia, PA  15044

FZ627402

MGI Carpet Service, Inc.
c/o Sierra Liquidity Fund, LLC
2699 White Road, Ste. 255
Irvine, CA  92614

Miracle Method of NW Pittsburg
1039 State Route 168
Darlington, PA  16115

Mongiovi and Son Fire Protecti
190 Bilmar Drive, Suite 100
Pittsburgh, PA  15205

Move Sales, Inc.
910 E. Hamilton Avenue
6th Floor
Campbell, CA  95008

National Apartment Association
c/o John McDermott
4300 Wilson Blvd., Ste. 400
Arlington, VA  22203

National City Credit Card
P. O. Box 856176
Louisville, KY  40285

North Street Properties Inc.
100 Field Drive, #110
Lake Forest, IL  60045-0000

Overhead Door Company
400 Poplar Street
Pittsburgh, PA  15223

Penn Power
PO Box 3687
Akron, OH  44309

Premier Safety & Service, Inc.
Two Industrial Park Drive
Oakdale, PA  15071

Quill Corporation
PO Box 37600
Philadelphia, PA  19101

Rent.com
Payment Center
Los Angeles, CA  90084

Rental Guide
c/o Sierra Liquidity Fund, LLC
2699 White Road, Ste. 255
Irvine, CA  92614

Resident Data, Inc.
c/o LexisNexis Screening
PO Box 7247-7782
Philadelphia, PA  19170-7782

Seneca Valley School District
c\o P.J. Lynd, Tax Collector
2525 Rochester Rd., Ste 402
Cranberry Townsh, PA  16066

Sprint
PO Box 4191
Carol Stream, IL  60197-4191

Steratore Sanitary Supply
P.O. Box 16
Washington, PA  15301

Teresa Matre
1498 Branch Falls Trail
Sylva, NC  28779

US Abe Uniform & Clothing
807 East Carson Street
Pittsburgh, PA  15203

US Power Wash
2024 Ventana Drive
Coraopolis, PA  15108

Vogel Disposal Service Inc.
121 Brickyard Rd.
Mars, PA  16046

Western Pennsylvania Apartment
P.O. Box 3165
Pittsburgh, PA  15230

Wilmar
Chantal Bouchard
P. O. Box 404284
Atlanta, GA  30384-2168

FZ627402

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  BERKLEY MANOR APARTMENTS, L.P. )
)
) Bankruptcy No. _____ 09-41895 _____
)
Debtor. ) Chapter _____ 11 _____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
## (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____ ROBBINS, SALOMON & PATT, LTD. _____

Authorized to Provide Professional Services to: _____ DEBTOR IN POSSESSION _____

Date of Order Authorizing Employment: _____ March 2, 2010 _____

Period for Which Compensation is Sought:
From _____ June 15 _____, _2011_ through _____ August 18 _____, _2011_

Amount of Fees Sought: $ 50,898.50 _____

Amount of Expense Reimbursement Sought: $ 1,474.58 _____

This is an:    Interim Application _____    Final Application ✔

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 3/2/2010 | 11/4/09-1/28/10 | 70,563.00 | 67,463.35 | 67,463.35 |
| 4/20/10-5/12/10* | 1/1/10-2/28/10 | 27,744.50 | 25,824.50 | 25,824.50 |
| 6/23/10 | 3/1/10-5/31/10 | 31,762.70 | 31,762.70 | 31,762.70 |
| 9/16/10 | 6/1/10-8/31/10 | 29,819.60 | 29,639.60 | 29,639.60 |
| 1/5/11 | 9/1/10-12/31/10 | 39,545.20 | 39,545.20 | 39,545.20 |
| 4/6/11 | 1/1/11-3/31/11 | 31,357.08 | 30,312.08 | 30,312.08 |
| 6/21/11 | 4/1/11-6/14/11 | 37,013.98 | 37,013.98 | 37,013.98 |

Dated: _____ September 2, 2011 _____          /s/ Richard H. Fimoff
                                              _____
                                                    (Counsel)

(Rev 11/19/10)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| BERKLEY MANOR APARTMENTS, L.P. | ) | |
| a Pennsylvania limited partnership | ) | Case No. 09-41895 |
| Debtor | ) | Hon. Pamela Hollis |
| | ) | |
| | ) | |
| | ) | |

### EIGHTH AND FINAL APPLICATION OF ROBBINS, SALOMON & PATT, LTD., AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Now comes Robbins, Salomon & Patt, Ltd ("RSP"), as counsel for Berkley Manor Apartments, L.P., debtor and debtor in possession herein, and for its Eighth and Final Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses, respectfully states as follows:

### JURISDICTION

1.     On November 4, 2009, Berkley Manor Apartments, L. P., (the "Debtor") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101-1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), commencing the above-captioned Chapter 11 case. The Debtor continues to operate its business and manage its properties as Debtor-in-Possession pursuant to sections 1107(c) and 1108 of the Bankruptcy Code.

2.     No creditors' committee has been appointed in this case.

FZ6176

1

3.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.      The bases for the relief requested herein are sections 327, 328 and 330 of the Bankruptcy Code and the inherent equitable powers of this Court.

5.      On July 21, 2011, this Court confirmed the Joint Plan of Reorganization propounded by Debtor and Anglo Irish Bank Corporation [Docket No. 297].

## BACKGROUND

6.      The Debtor is the owner and operator of a residential apartment project located in Pittsburgh, Pennsylvania, known as "Berkley Manor Apartments".

7.      Berkley Manor Apartments were constructed in 2001 as a rental apartment community, and was purchased by the Debtor in 2006 for approximately $28,000,000.00.

8.      Berkley Manor Apartments is comprised of 252 residential rental apartment units located in 12 buildings spread over 20 acres.  In addition, the complex contains a clubhouse.

9.      Residential apartment units at Berkley Manor Apartments lease for rentals ranging from $749.00 to $1,800.00 per month.  Leases for residential apartment units are for terms from three months to one year.

10.     Since acquiring Berkley Manor Apartments, the Debtor has employed North Street Properties, Inc. ("NSP"), an affiliated company, as its property manager.

11.     The Debtor's operational and profitability problems are principally due to the general economic problems of the country over the last several years which has resulted in periodic declines in occupancy levels, and the extended time required to bring occupancy levels

FZ6176

2

back to proper levels. This has been exacerbated in Debtor's case by reason of fixed interest rate financing at levels substantially above current interest levels.

12.    On November 24, 2009 this Court entered an order authorizing the Debtor to retain RSP as its counsel in these Chapter 11 proceedings as of the inception of these cases, with RSP's compensation to be determined by this Court.

13.    Prior to the commencement of this case, the Debtor paid to RSP a retainer of $100,000.00, from which RSP paid the amounts allowed by this court's order dated March 2, 2010, $67,463.35, an additional $25,824.50 pursuant to the court's order dated May 20, 2010 and the balance of $6,712.15 pursuant to the court's order dated July 15, 2010.

14.    From the inception of these proceedings, November 4, 2009 through the present date, RSP acted as counsel for Debtor and Debtor in possession in these Chapter 11 proceedings, and continues to act as such counsel.

## RELIEF REQUESTED

15.    By this Application, RSP seeks

a)    the entry of an order allowing RSP final compensation in the amount of $308,447.85, for services provided to the debtor and debtor in possession during the period from November 4, 2009 through August 18, 2011, of which $257,549.35 has previously been paid leaving a balance due of $50,898.50;

b)    the entry of an order allowing RSP final reimbursement in the amount of $5,486.64, for reimbursement of expenses incurred in connection with the performance of RSP's services during the period from November 4, 2009 through August 18, 2011, of which $4,012.06 has previously been paid leaving a balance due of $1,474.58; and,

FZ6176

c)       the entry of an order directing the Debtor to pay to RSP the amounts this Court allows RSP as its final compensation and reimbursement of expenses, from its cash flow, including to the extent needed from Anglo Irish's cash collateral.

## LEGAL SERVICES RENDERED

16.     The total time expended by RSP attorneys and paralegals in connection with this Chapter 11 case during the period commencing June 1, 2011 through and including August 18, 2011 is 126.00 hours as follows, which is the time period that has previously been unpaid:

| Attorney | Hours |
|---|---|
| Barry Glazer ("BG") | 10.70 |
| Caroline S. Smith ("CSS") | 8.70 |
| Marshall K. Brown ("MKB") | 8.40 |
| Richard H. Fimoff ("RHF") | 67.30 |
| Robert J. Trizna ("RJT") | .20 |
| Richard L. Gayle ("RLG") | 17.50 |
| Todd A. Bickel ("TAB") | 3.30 |
| Paralegal | |
| Nancy K. Kondziolka | 9.90 |
| Total | 126.00 |

17.     The hourly rates charged by RSP for legal services rendered in this bankruptcy case are as follows:

| Attorney | Rate |
|---|---|
| Barry Glazer ("BG") | $330.00 |
| Caroline S. Smith ("CSS") | $270.00 |
| Marshall K. Brown ("MKB") | $340.00 |
| Richard H. Fimoff ("RHF") | $475.00 |
| Robert J. Trizna ("RJT") | $340.00 |

FZ6176

| | |
|---|---|
| Richard L. Gayle ("RLG") | $425.00 |
| Todd A. Bickel ("TAB") | $350.00 |
| Paralegal | |
| Nancy K. Kondziolka | $155.00 |

These hourly rates are the customary and usual rates which RSP charges clients on matters of this nature.

18.    The legal services rendered by RSP during the period from June 1, 2011 through August 18, 2011, as more fully described in Exhibits A-D have been divided into the following general categories:

A.    General Administration

The legal services rendered in this category relate to the consulting with Debtor's staff re financial and operational issues created by filing of case, assisting Debtor with the preparation and submission of operating reports, communicating with Debtor and its creditors regarding the bankruptcy case, representing the Debtor at all court hearings, and preparation of this fee petition.

Total Time Expended:      3.80 Hours

General Administrative services were performed by the following:

| Attorney | Hours |
|---|---|
| Caroline S. Smith ("CSS") | .70 |
| Richard H. Fimoff ("RHF") | 3.10 |
| Total: | 3.80 |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

B.    Cash Collateral

FZ6176

5

The legal services rendered in this category relate to the Debtor's efforts to obtain and continue its use of the cash collateral of Anglo Irish Bank, including drafting and presentation of motions for use of cash collateral, negotiation of terms of cash collateral orders and budgets, and drafting of cash collateral orders, working with Debtor's accountants and managers to establish and comply with appropriate cash collateral budgets, negotiation of changes in terms and items in cash collateral budgets, negotiation of cash collateral budget variance issues, court appearances regarding the presentation of cash collateral motions and the approval of the cash collateral orders and budgets.

Total Time Expended:        1.20 Hours

| Attorney | Hours |
|---|---|
| Richard H. Fimoff ("RHF") | 1.20 |
| Total: | 1.20 |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

    C.    Plan of Reorganization/Disclosure Statement

The legal services rendered in this category relate to the Debtor's efforts to negotiate and formulate a Plan of Reorganization, prepare and obtain approval of its Disclosure Statements, revise Debtor's Plan of Reorganization and Disclosure Statement to address issues raised by creditors and U.S. Trustee, changed and additional financial information and assumptions, advise Debtor on solicitation of creditors, prepare ballot documents and instructions to creditors on voting and attempts to negotiate a consensual Plan of Reorganization with Anglo Irish Bank, including attending meetings with the principals of the Debtor and representatives of its secured lenders to discuss various issues regarding the formulation of a plan and to attempt to negotiate

same, conduct discussions with Debtor's accountants and managers regarding the Debtor's ability to fund a plan, competing appraisal issues, conduct negotiations with Debtor's real estate tax claimants, review potential sources for funding a plan, determination of extent of liabilities to be funded, research and prepare for valuation issues, term of plan issues and interest rate issues in plan.

Total Time Expended:         121.00 Hours

| Attorney | Hours |
|---|---|
| Barry Glazer ("BG") | 10.70 |
| Caroline S. Smith ("CSS") | 8.00 |
| Marshall K. Brown ("MKB") | 8.40 |
| Richard H. Fimoff ("RHF") | 63.00 |
| Robert J. Trizna ("RJT") | .20 |
| Richard L. Gayle ("RLG") | 17.50 |
| Todd A. Bickel ("TAB") | 3.30 |
| Paralegal | |
| Nancy K. Kondziolka | 9.90 |
| Total: | 121.00 |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

19.    The total time expended by RSP attorneys and paralegals in connection with this Chapter 11 case during the period commencing June 1, 2011 through August 18, 2011, is 126.00 hours as follows:

| Attorney | Hours | Amount |
|---|---|---|
| Barry Glazer ("BG") | 10.70 | $3,531.00 |
| Caroline S. Smith ("CSS") | 8.70 | $2,349.00 |
| Marshall K. Brown ("MKB") | 8.40 | $2,856.00 |

FZ6176

| | | |
|---|---|---|
| Richard H. Fimoff ("RHF") | 67.30 | $31,967.50 |
| Robert J. Trizna ("RJT") | .20 | $68.00 |
| Richard L. Gayle ("RLG") | 17.50 | $7,437.50 |
| Todd A. Bickel ("TAB") | 3.30 | $1,155.00 |
| Paralegal | | |
| Nancy K. Kondziolka | 9.90 | $1,534.50 |
| Total: | 126.00 | $50,898.50 |

## EXPENSES INCURRED

20.    During the course of the representation of the Debtor in possession, RSP has incurred necessary expenses for which reimbursement is sought. The total amount of these expenses for the period commencing June 1, 2011 through August 18, 2011 is $1,474.58. Attached to this Motion as Exhibit "D" is an itemization of the expenses incurred.

## CONCLUSION

21.    RSP's First Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $68,948.50 in fees, and $1,614.50 as reimbursement of expenses. This Court awarded $67,463.35 in fees and $0.00 in reimbursement of expenses, which has been paid from the retainer held by RSP.

22.    RSP's Second Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses, as supplemented, sought $26,130.00 in fees and $1,614.50 as reimbursement of expenses. This Court awarded $24,532.50 in fees and $1,292.00 in reimbursement of expenses, which has been paid from the retainer held by RSP.

23.    RSP's Third Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $31,701.50 in fees and $61.20 as reimbursement of

FZ6176

expenses. This Court awarded $31,701.50 in fees and $61.20 in reimbursement of expenses, which has been paid from the retainer held by RSP and from Debtor's cash flow.

24. RSP's Fourth Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $29,750.00 in fees and $69.60 as reimbursement of expenses. This Court awarded $29,570.00 in fees and $69.60 in reimbursement of expenses, which has been paid from Debtor's cash flow.

25. RSP's Fifth Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $37,802.00 in fees and $1,743.20 as reimbursement of expenses. This Court awarded $37,802.00 in fees and $1,743.20 in reimbursement of expenses, which has been paid from Debtor's cash flow.

26. RSP's Sixth Amended Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $31,082 in fees and $275.08 as reimbursement of expenses. This Court awarded $30,037.00 in fees and $275.08 in reimbursement of expenses, which has been paid from Debtor's cash flow.

27. RSP's Seventh Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $36,443.00 in fees and $570.98 as reimbursement of expenses. This Court awarded $36,443.00 in fees and $570.98 in reimbursement of expenses, which has been paid from Debtor's cash flow.

28. Other than as provided in Section 504(b) of the Bankruptcy Code, RSP has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity. No promises concerning compensation have been made to RSP by any person, firm or entity.

FZ6176

9

29.    RSP asserts that the interim compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services. RSP further asserts that the cost of legal services rendered for and on behalf of the Debtor in Possession is comparable to the cost of similar services in matters other than under the Bankruptcy Code. RSP has sometimes utilized two or three attorneys to review and/or revise pleadings, participate in conference calls and to discuss strategy. RSP has attempted to keep such multiple participation to a minimum, but where utilized, given the size and complexity of this case, RSP believes that such participation was appropriate and is compensable.

30.    RSP asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor in Possession in this Chapter 11 case.

31.    Debtor has reviewed this motion, and has approved the payment of fees and reimbursement of expenses requested herein.

WHEREFORE, for the foregoing reasons, the law firm of Robbins, Salomon & Patt, Ltd., former counsel for the Debtor in Possession, prays for the entry of an order pursuant to Section 331 of the Bankruptcy Code, as follows:

A.    Allowing final compensation to RSP in the amounts of $308,447.85 for services provided to debtor and debtor in possession during the period from November 4, 2009 through August 18, 2011, of which $257,549.35 has previously been paid leaving a balance due of $50,898.50;

B.    Allowing final reimbursement of expenses to RSP in the amount of $5,486.64, for reimbursement of expenses incurred in connection with the performance of RSP's services

FZ6176

10

during the period from November 4, 2009 through August 18, 2011, of which $4,012.06 has previously been paid leaving a balance due of $1,474.58;

      B.     Authorizing and directing payment by the Debtor in Possession to RSP of the sum of $52,373.08 from its cash flow, including to the extent needed from Anglo Irish's cash collateral; and,

      C.     Granting such other relief as may be just and equitable.

Respectfully Submitted,
Robbins, Salomon & Patt, Ltd.

/s/ Richard H. Fimoff (804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington Street, 10th Floor
Chicago, Illinois 60602
(312) 782-9000
rfimoff@rsplaw.com

FZ6176

11

# EXHIBIT A

EXHIBIT A
FEE PETITION
BERKLEY MANOR APARTMENTS LTD.
GENERAL ADMINISTRATION

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 06/13/11 | Richard H. Fimoff | Review and revise fee application exhibit of Huml | 0.50 |
| 07/12/11 | Richard H. Fimoff | Court appearance re accountants fees and attorneys fees. | 0.60 |
| 07/12/11 | Richard H. Fimoff | Court counsel regarding use of cash collateral. | 0.30 |
| 07/12/11 | Richard H. Fimoff | Court appearance re hearing on confirmation. | 0.50 |
| 07/12/11 | Richard H. Fimoff | Preparation of cash collateral order. | 0.70 |
| 07/12/11 | Richard H. Fimoff | Telephone conference with Ed Terry re role of CRO under plan of reorganization. | 0.50 |
| 07/13/11 | Caroline S. Smith | Review of open items relating to professional fees and preparation of schedule regarding same. | 0.70 |

|  |  |  | CSS | 0.70 |
|  |  |  | RHF | 3.10 |
|  |  |  | Total: | 3.80 |

# EXHIBIT B

**EXHIBIT B**
**FEE PETITION**
**BERKLEY MANOR APARTMENTS LTD.**
**CASH COLLATERAL**

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 07/12/11 | Richard H. Fimoff | Court appearance re use of cash collateral. | 0.30 |
| 07/12/11 | Richard H. Fimoff | Preparation of cash collateral order. | 0.70 |
| 07/12/11 | Richard H. Fimoff | Finalize cash collateral order and budget for submission. | 0.20 |

|  |  | **RHF** | 1.20 |
|--|--|---------|------|
|  |  | **Total:** | 1.20 |

# EXHIBIT C

EXHIBIT C
FEE PETITION
BERKLEY MANOR APARTMENTS LTD.
PLAN OF REORGANIZATION / DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 7/11/2011 | Barry Glazer | Telephone conference with Jason Berne re: negotiation of documents. | 0.20 |
| 7/9/2011 | Barry Glazer | Review loan documents. | 0.90 |
| 07/13/11 | Barry Glazer | Prepare signature block. | 0.20 |
| 07/13/11 | Barry Glazer | Telephone conference with Jason Berne re: signature block | 0.10 |
| 07/13/11 | Barry Glazer | Email to Jason Berne re: signature blocks | 0.10 |
| 07/20/11 | Barry Glazer | Draft Management Agreement. | 0.50 |
| 07/20/11 | Barry Glazer | Review loan documents re: bankruptcy issues | 0.30 |
| 07/22/11 | Barry Glazer | Review loan documents | 0.30 |
| 06/14/11 | Barry Glazer | Review Anglo Irish terms sheet. | 0.10 |
| 06/14/11 | Barry Glazer | Telephone conference with Jason Berne and Richard L. Gayle re loan modification. | 0.60 |
| 06/15/11 | Barry Glazer | Conference with Richard L. Gayle and Richard H. Fimoff re new structure; | 0.30 |
| 06/17/11 | Barry Glazer | Review prior loan documents. | 0.30 |
| 06/17/11 | Barry Glazer | Emails documents to Jason Berne. | 0.20 |
| 07/05/11 | Barry Glazer | Telephone conference with Jason Berne re status of loan documents. | 0.10 |
| 07/05/11 | Barry Glazer | Conference with Richard L. Gayle re status. | 0.20 |
| 07/12/11 | Barry Glazer | Meeting with Richard L. Gayle, Nancy K. Kondziolka and Caroline S. Smith re structure and formation issues; | 0.50 |
| 07/12/11 | Barry Glazer | Conference with Richard H. Fimoff re structure. | 0.30 |
| 07/23/11 | Barry Glazer | Review Management Agreement. | 0.50 |
| 07/23/11 | Barry Glazer | Draft Manager's Certificate and Resolutions. | 0.50 |
| 07/23/11 | Barry Glazer | Draft title clearance documents. | 1.00 |
| 07/23/11 | Barry Glazer | Review loan documents | 0.70 |
| 07/23/11 | Barry Glazer | Draft attorney's opinion. | 0.30 |
| 07/25/11 | Barry Glazer | Conference with Richard F. Fimoff re CRO, loan issues. | 0.70 |
| 07/25/11 | Barry Glazer | Review loan documents. | 0.50 |
| 07/26/11 | Barry Glazer | Review and revise Certifications and title clearance documents. | 0.50 |
| 07/12/11 | Caroline S. Smith | Meeting with Richard Gayle, Barry Glazer and Nancy Kondziolka regarding Berkley structure. | 0.50 |
| 07/20/11 | Caroline S. Smith | Modifications to Property Management Agreement. | 0.50 |
| 07/21/11 | Caroline S. Smith | Draft Berkley Manor Apartments Limited Partnership. | 3.50 |
| 07/21/11 | Caroline S. Smith | Review of Plan relating to the ownership of the Berkley Manor Apartments Limited Partnership. | 0.50 |
| 07/22/11 | Caroline S. Smith | Modifications to Partnership Agreement. | 0.50 |
| 07/25/11 | Caroline S. Smith | Modifications to Limited Partnership Agreement. | 0.50 |
| 08/04/11 | Caroline S. Smith | Work related to loan for Berkley Manor Apartments Limited Partnership, including preparation of affidavits. | 1.50 |
| 08/08/11 | Caroline S. Smith | Meeting with Todd Bickel, Richard Fimoff and Nancy Kondziolka regarding loan documents for Anglo Irish transaction. | 0.50 |
| 06/20/11 | Marshall K. Brown | Correspondence re: Berkley Manor. | 0.30 |
| 06/20/11 | Marshall K. Brown | Work on plan. | 1.00 |
| 06/21/11 | Marshall K. Brown | Conferences with Nancy K. Kondziolka re reorganization. | 0.40 |
| 06/21/11 | Marshall K. Brown | Correspondence with Richard L. Gayle re: organization of LLC, status and timing. | 0.30 |
| 06/21/11 | Marshall K. Brown | Draft corporate documents Plan of Merger. | 1.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/23/11 | Marshall K. Brown | Check status of corporate forms. | 0.30 |
| 06/23/11 | Marshall K. Brown | Review and revise documents. | 0.60 |
| 06/27/11 | Marshall K. Brown | Review documents and consider effect on plan of merger and proposed articles. | 0.80 |
| 06/28/11 | Marshall K. Brown | Review revised Plan of Reorganization. | 0.40 |
| 06/29/11 | Marshall K. Brown | Review corporate  documents. | 0.30 |
| 07/05/11 | Marshall K. Brown | Correspondence and conference with Nancy K. Kondziolka: status and corporate documents. | 0.30 |
| 07/05/11 | Marshall K. Brown | Conference with Richard H. Fimoff re: entity for  manager and expected lender answer. | 0.20 |
| 07/05/11 | Marshall K. Brown | Review revised plan and related documents. | 0.30 |
| 07/21/11 | Marshall K. Brown | Review correspondence re entity documents. | 0.20 |
| 07/21/11 | Marshall K. Brown | Review Plan and limited partnership agreement. | 0.10 |
| 07/21/11 | Marshall K. Brown | Review corporate filings. | 0.20 |
| 07/26/11 | Marshall K. Brown | Review correspondence re: reorganization of entities. | 0.50 |
| 07/26/11 | Marshall K. Brown | Review Articles, Forms 2553 and FEIN letters. | 0.20 |
| 07/26/11 | Marshall K. Brown | Answer inquiry re: FEIN requirements for Berkley LP. | 0.50 |
| 07/27/11 | Marshall K. Brown | Conference with Nancy K. Kondziolka re: corporate filings. | 0.40 |
| 07/28/11 | Marshall K. Brown | Inquiry re status of North Street Management reorganization. | 0.10 |
| 06/20/11 | Nancy Kondziolka | Confirm name availability for new corporate manager, Berkley Manor, LLC with IL Secretary of State. | 0.20 |
| 06/20/11 | Nancy Kondziolka | Telephone conference with Name Availability Section of Secretary of State's office re: change of name, authority to use existing name, and change of plan through plan of merger. | 0.30 |
| 06/21/11 | Nancy Kondziolka | Conference with Marshall K. Brown re: Berkley Manor reorganization and plan of merger. | 0.40 |
| 06/21/11 | Nancy Kondziolka | Electronic  communication exchange re: same, including organization of new limited liability company and corporate manager. | 0.30 |
| 06/22/11 | Nancy Kondziolka | Prepare Articles of Incorporation for Berkley Manager, Inc. | 0.50 |
| 06/22/11 | Nancy Kondziolka | File electronically with IL Secretary of State. | 0.30 |
| 06/22/11 | Nancy Kondziolka | Preparation of application for employer identification number electronically with the Internal Revenue Service; obtain taxpayer identification number; receive and review Confirmation Letter from Internal Revenue Service. | 0.50 |
| 06/22/11 | Nancy Kondziolka | Prepare Form 2553 - Subchapter S Election. | 0.30 |
| 07/05/11 | Nancy Kondziolka | Review electronic communication from Marshall K. Brown. | 0.10 |
| 07/05/11 | Nancy Kondziolka | Conference with Marshall K. Brown re: status of reorganization. | 0.20 |
| 07/12/11 | Nancy Kondziolka | Meeting re: structure of reorganization. | 0.50 |
| 07/12/11 | Nancy Kondziolka | Prepare Amendment to Certificate of Limited Partnership for Berkley Manor Apartments Limited Partnership in Pennsylvania. | 0.30 |
| 07/12/11 | Nancy Kondziolka | Electronic communication re: Amendment to Certificate of Limited Partnership for Berkley Manor Apartments Limited Partnership in Pennsylvania. | 0.30 |
| 07/20/11 | Nancy Kondziolka | File Subchapter S Election for Berkley Manager, Inc. with the Internal Revenue Service. | 0.30 |
| 07/20/11 | Nancy Kondziolka | Collate signature pages for entity documents and organize documents for filing. | 0.30 |
| 07/21/11 | Nancy Kondziolka | Electronic communication with Richard L. Gayle re: status of reorganization and Certificate of Amendment filing. | 0.30 |
| 07/26/11 | Nancy Kondziolka | File Certificate of Amendment to Limited Partnership (Pennsylvania) for Berkley Manor Apartments, Limited Partnership. | 0.30 |

| | | | |
|---|---|---|---|
| 07/27/11 | Nancy Kondziolka | Electronic communication with National Registered Agents, Inc. re: status of Certificate of Amendment filing. | 0.20 |
| 07/27/11 | Nancy Kondziolka | Conference with Marshall K. Brown re corporate filings. | 0.10 |
| 08/05/11 | Nancy Kondziolka | Contact State of Pennsylvania State Department re: certified copies of Certificate of Limited Partnership and all amendments. | 0.30 |
| 08/05/11 | Nancy Kondziolka | Review NRAI Corporate Services, Inc. invoices for Illinois merger work and contact NRAI re: same. | 0.30 |
| 08/08/11 | Nancy Kondziolka | Contact Pennsylvania Department of Statement re: Berkley Manor limited partnership historical filings. | 0.30 |
| 08/08/11 | Nancy Kondziolka | Order copies of Certificate of Limited Partnership and amendments and Certificate of Good Standing. | 0.30 |
| 08/08/11 | Nancy Kondziolka | Review electronic images of documents. | 0.30 |
| 08/08/11 | Nancy Kondziolka | Meeting with Todd Bickel, Richard H. Fimoff and Caroline S. Smith re: closing documents and review closing checklist. | 0.50 |
| 08/09/11 | Nancy Kondziolka | Review Anglo Irish General Mandate for Berkley Manor Apartments, L.P. | 0.30 |
| 08/09/11 | Nancy Kondziolka | Complete General Mandate for Angelina Djurin signature. | 0.30 |
| 08/09/11 | Nancy Kondziolka | Prepare By-Laws for Berkley Manager, Inc. | 0.50 |
| 08/10/11 | Nancy Kondziolka | Obtain certified copies of Pennsylvania limited partnership filings and amendments for Berkley Manor Apartments, LP. | 0.30 |
| 08/10/11 | Nancy Kondziolka | Organize closing documents. | 0.50 |
| 08/10/11 | Nancy Kondziolka | Obtain Certificate of Good Standing. | 0.30 |
| 06/02/11 | Richard H. Fimoff | Review of bank counterproposal. | 0.50 |
| 06/02/11 | Richard H. Fimoff | Discussion with client re same and financial impact of changes. | 0.40 |
| 06/02/11 | Richard H. Fimoff | Multiple correspondence with attorney for bank re additional information on interest computation and advances. | 0.40 |
| 06/09/11 | Richard H. Fimoff | Work on plan revisions. | 1.50 |
| 06/14/11 | Richard H. Fimoff | Work on plan changes to incorporate settlement terms. | 1.20 |
| 06/14/11 | Richard H. Fimoff | Telephone conference with Leslie Bayles re redocumentation of loans per settlement. | 0.30 |
| 06/14/11 | Richard H. Fimoff | Confer with Richard L. Gayle re status of settlement and Anglo Irish loan counsel. | 0.30 |
| 06/14/11 | Richard H. Fimoff | Work on plan revisions | 1.50 |
| 06/15/11 | Richard H. Fimoff | Conference with Barry Glazer and Richard L. Gayle re structure. | 0.30 |
| 06/15/11 | Richard H. Fimoff | Draft plan revisions. | 1.70 |
| 06/15/11 | Richard H. Fimoff | Review loan re-documentation needed, and prior title policies re title ownership. | 1.00 |
| 06/16/11 | Richard H. Fimoff | Draft outline of rights and limitations of CRO under plan terms. | 0.50 |
| 06/16/11 | Richard H. Fimoff | Draft plan revisions. | 1.50 |
| 06/17/11 | Richard H. Fimoff | Complete initial revisions to plan to conform to settlement terms. | 1.50 |
| 06/20/11 | Richard H. Fimoff | Complete joint plan of reorganization. | 1.30 |
| 06/21/11 | Richard H. Fimoff | Communicate with attorney for bank re changes made to previous plan and redline version of joint plan. | 0.50 |
| 06/21/11 | Richard H. Fimoff | Prepare redline version of joint plan. | 0.50 |
| 06/27/11 | Richard H. Fimoff | Telephone conference with attorney for Anglo Irish Bank re continuing confirmation hearing, documentation of new loan and need for amending disclosure statement. | 0.70 |
| 06/28/11 | Richard H. Fimoff | Court appearance on hearing on confirmation of joint plan. | 1.00 |
| 06/30/11 | Richard H. Fimoff | Work on proffer of evidence for confirmation hearing. | 1.50 |
| 06/30/11 | Richard H. Fimoff | Communicate with accountant re terms of joint plan and impact on cash flows. | 0.30 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/05/11 | Richard H. Fimoff | Conference with Richard L. Gayle re settlement terms. | 0.20 |
| 07/05/11 | Richard H. Fimoff | Preparation of proffer of evidence. | 1.00 |
| 07/05/11 | Richard H. Fimoff | Preparation of proffer of stipulation. | 0.60 |
| 07/05/11 | Richard H. Fimoff | Research re evidence needed to satisfy statutory requirements. | 0.50 |
| 07/05/11 | Richard H. Fimoff | Telephone conference with L. Bayles re status of loan documentation and review of joint plan | 0.30 |
| 07/05/11 | Richard H. Fimoff | Telephone conference with client re status of joint plan and loan documentation. | 0.20 |
| 07/05/11 | Richard H. Fimoff | Conference with Marshall K. Brown re manager. | 0.20 |
| 07/06/11 | Richard H. Fimoff | Review and revise proffer of evidence. | 1.00 |
| 07/06/11 | Richard H. Fimoff | Review and revise stipulation. | 0.50 |
| 07/06/11 | Richard H. Fimoff | Prepare confirmation order. | 0.70 |
| 07/06/11 | Richard H. Fimoff | Review and revise affidavit in support of confirmation. | 1.00 |
| 07/06/11 | Richard H. Fimoff | Telephone conference with L. Bayles re status of loan documentation. | 0.30 |
| 07/06/11 | Richard H. Fimoff | Telephone conference with client re status of documentation and Preparation for confirmation hearing. | 0.20 |
| 07/07/11 | Richard H. Fimoff | Review and revise I. Djurin affidavit. | 0.70 |
| 07/07/11 | Richard H. Fimoff | Research re standing for objections to confirmation. | 0.30 |
| 07/07/11 | Richard H. Fimoff | Review Anglo changes to stipulation. | 0.30 |
| 07/07/11 | Richard H. Fimoff | Review Anglo changes to proffer. | 0.30 |
| 07/07/11 | Richard H. Fimoff | Review Anglo changes to  plan. | 0.50 |
| 07/07/11 | Richard H. Fimoff | Communicate with client re status of loan documentation  and confirmation preparations. | 0.30 |
| 07/08/11 | Richard H. Fimoff | Incorporate Anglo changes into Joint Plan. | 1.20 |
| 07/08/11 | Richard H. Fimoff | Incorporate Anglo changes into proffer. | 0.60 |
| 07/08/11 | Richard H. Fimoff | Incorporate Anglo changes into stipulation. | 0.50 |
| 07/08/11 | Richard H. Fimoff | Telephone conference with L. Bayles re choice of CRO. | 0.50 |
| 07/11/11 | Richard H. Fimoff | Telephone conference with attorney for Anglo Irish Bank and telephone conference with client re use of Lincoln Property as CRO. | 0.50 |
| 07/11/11 | Richard H. Fimoff | Review of Anglo's changes to proffer and revise proffer. | 0.40 |
| 07/11/11 | Richard H. Fimoff | Telephone conference with client re revisions to affidavit and revise affidavit. | 0.30 |
| 07/12/11 | Richard H. Fimoff | Court appearance re hearing on confirmation. | 0.50 |
| 07/13/11 | Richard H. Fimoff | Conference with Richard L. Gayle re loan documents and CRO issues. | 0.20 |
| 07/14/11 | Richard H. Fimoff | Revise joint plan to correct form of entity for reorganized debtor and to accommodate timing issues. | 1.10 |
| 07/14/11 | Richard H. Fimoff | Telephone conference with client re status of CRO search and discussions with Lincoln and  Hilco. | 0.50 |
| 07/15/11 | Richard H. Fimoff | Communicate with attorney for bank re changes to joint plan and proffer. | 0.60 |
| 07/15/11 | Richard H. Fimoff |  Work on revisions to joint plan, proffer and stipulation. | 2.00 |
| 07/15/11 | Richard H. Fimoff | Telephone conference with client re  changes to joint plan. | 0.20 |
| 07/18/11 | Richard H. Fimoff | Communicate with attorney for bank and with accountants  re discrepancy in adequate protections and prepetition payments. | 0.40 |
| 07/18/11 | Richard H. Fimoff | Work on revisions to joint plan, proffer and stipulation. | 1.50 |
| 07/18/11 | Richard H. Fimoff | Telephone conference with client re changes to affidavit in support of confirmation. | 0.30 |
| 07/18/11 | Richard H. Fimoff | Revise affidavit. | 0.30 |
| 07/18/11 | Richard H. Fimoff | Conference with Richard L. Gayle re CRO, Plan and loan documents. | 0.50 |
| 07/19/11 | Richard H. Fimoff | Multiple discussions with attorney for bank re finalizing terms of joint plan. | 0.50 |

| | | | |
|---|---|---|---|
| 07/19/11 | Richard H. Fimoff | Revise joint plan. | 0.50 |
| 07/19/11 | Richard H. Fimoff | Telephone  conferences with client re changes to terms of joint plan. | 0.20 |
| 07/19/11 | Richard H. Fimoff | Telephone conferences with attorney for bank re guaranty of bank debt. | 0.40 |
| 07/19/11 | Richard H. Fimoff | Telephone conference with client re same. | 0.20 |
| 07/19/11 | Richard H. Fimoff | Conference with Richard L. Gayle re open issues, Joint Plan and loan documents. | 0.80 |
| 07/20/11 | Richard H. Fimoff | Review Anglo revisions to joint plan, proffer of evidence, stipulation and order of confirmation, confer with Anglo attorneys re changes and revising documents. | 2.20 |
| 07/20/11 | Richard H. Fimoff | Telephone conference with client re changes to final documents and conduct of confirmation hearing. | 0.50 |
| 07/20/11 | Richard H. Fimoff | Review and revise of guaranty. | 0.80 |
| 07/20/11 | Richard H. Fimoff | Communicate with attorney for bank and client re terms of guaranty. | 0.50 |
| 07/21/11 | Richard H. Fimoff | Prepare for and attend confirmation hearing. | 1.70 |
| 07/21/11 | Richard H. Fimoff | Meeting with client re effect of confirmation on operations, banking, etc. | 0.50 |
| 07/21/11 | Richard H. Fimoff | Communicate with Ed Terry re status of CRO retention agreement and bank approval of same. | 0.30 |
| 07/21/11 | Richard H. Fimoff | Review of limited partnership agreement. | 0.50 |
| 07/21/11 | Richard H. Fimoff | Conference with Richard L. Gayle re Joint Plan. | 0.30 |
| 07/22/11 | Richard H. Fimoff | Review documentation to be completed with bank. | 0.40 |
| 07/22/11 | Richard H. Fimoff | Review Hilco retention agreement. | 0.40 |
| 07/22/11 | Richard H. Fimoff | Review North Street management agreement. | 0.40 |
| 07/22/11 | Richard H. Fimoff | Telephone conference with attorney for bank re unresolved issues, and payment of taxes and administrative claims. | 0.50 |
| 07/22/11 | Richard H. Fimoff | Conference with Richard L. Gayle re loan documents and issues. | 0.50 |
| 07/25/11 | Richard H. Fimoff | Office conference with B. Glazer re loan documentation terms. | 0.70 |
| 07/25/11 | Richard H. Fimoff | Telephone conference with L. Bayles re same and choosing effective date. | 0.30 |
| 07/26/11 | Richard H. Fimoff | Telephone conference with attorney for bank re loan documentation and approval of CRO retention agreement. | 0.50 |
| 07/27/11 | Richard H. Fimoff | Review of organizational documents for Reorganized Debtor. | 0.50 |
| 07/27/11 | Richard H. Fimoff | Communicate with attorneys for Anglo Irish re same and inclusion of CRO language. | 0.40 |
| 07/29/11 | Richard H. Fimoff | Review and revise Hilco agreement. | 0.20 |
| 07/29/11 | Richard H. Fimoff | Review of bank's changes to management agreement. | 0.20 |
| 08/01/11 | Richard H. Fimoff | Conference with Richard L. Gayle and telephone with Ms. Bayles re loan documents. | 0.30 |
| 08/01/11 | Richard H. Fimoff | Conference with Richard L. Gayle re loan documents. | 0.30 |
| 08/01/11 | Richard H. Fimoff | Review Hilco CRO agreement compare term sheet and plan re CRO duties. | 0.80 |
| 08/01/11 | Richard H. Fimoff | Communicate with attorneys for bank re changes to agreement. | 0.30 |
| 08/02/11 | Richard H. Fimoff | Telephone conference with L. Bayles re suggested changes to Hilco CRO agreement. | 0.40 |
| 08/02/11 | Richard H. Fimoff | Telephone conference with L. Bayles re suggested changes to North Street management agreement. | 0.40 |
| 08/02/11 | Richard H. Fimoff | Revise Hilco CRO agreement. | 0.50 |
| 08/02/11 | Richard H. Fimoff | Revise North Street management agreement. | 0.70 |
| 08/03/11 | Richard H. Fimoff | Revise North Street management agreement. | 0.50 |
| 08/03/11 | Richard H. Fimoff | Review subordination agreement. | 0.40 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/03/11 | Richard H. Fimoff | Telephone conference with client re account control agreement. | 0.30 |
| 08/03/11 | Richard H. Fimoff | Review additional bank changes to Hilco crow agreement. | 0.40 |
| 08/03/11 | Richard H. Fimoff | Communicate with attorney for bank re same. | 0.20 |
| 08/04/11 | Richard H. Fimoff | Telephone conference with attorney for Anglo Irish Bank re changes to CRO agreement re management responsibilities. | 0.40 |
| 08/04/11 | Richard H. Fimoff | Review of changes to North Street management agreement. | 0.30 |
| 08/08/11 | Richard H. Fimoff | Office conference with Caroline S. Smith, T. Bickell and Nancy Kondziolka to review closing checklist and documents remaining to be drafted and approved. | 0.50 |
| 08/08/11 | Richard H. Fimoff | Telephone conference with client and Richard L. Gayle re changes to Property Management Agreement. | 0.50 |
| 08/09/11 | Richard H. Fimoff | Revise property management agreement. | 1.00 |
| 08/09/11 | Richard H. Fimoff | Communicate with attorney for Anglo Irish bank re same. | 0.30 |
| 06/14/11 | Richard L. Gayle | Review memo from Marshall K. Brown re: restructuring requirements. | 0.40 |
| 06/14/11 | Richard L. Gayle | Confer with Richard H. Fimoff re: settlement status and identification of counsel for loan modifications. | 0.30 |
| 06/14/11 | Richard L. Gayle | Long initial telephone conference with loan counsel for Anglo Irish re: structure of modified transaction. | 0.60 |
| 06/15/11 | Richard L. Gayle | Internal conferences with Barry Glazer and Richard H. Fimoff re structure. | 0.30 |
| 06/16/11 | Richard L. Gayle | Telephone conference with Jason Berne and Barry Glazer re: structure of loan facility and related details | 0.80 |
| 06/17/11 | Richard L. Gayle | Review and revise Richard H. Fimoff"s draft Joint Plan of reorganization. | 0.90 |
| 06/20/11 | Richard L. Gayle | Telephone conference with Mr. Djurin re: settlement status and progress in structuring loan modification. | 0.10 |
| 06/23/11 | Richard L. Gayle | Confer with Mr. Djurin re: delayed response to Settlement Term Sheet from lender's credit committee. | 0.20 |
| 06/24/11 | Richard L. Gayle | Emails from Ms. Bayles re Settlement terms. | 0.20 |
| 06/24/11 | Richard L. Gayle | Confer with Mr. Djurin re: tentative agreement to global settlement confirmation terms, timing and work to be completed in advance of plan | 0.50 |
| 06/27/11 | Richard L. Gayle | Telephone conference with Mr. Berne re: transaction approved by credit committee and structure of loan documents and operating agreements. | 0.10 |
| 06/28/11 | Richard L. Gayle | Confer with Mr. Djurin re: settlement approved by credit committee, Court appearance for new plan date. | 0.20 |
| 06/28/11 | Richard L. Gayle | Review terms of settlement and loan  document provisions re: same. | 0.20 |
| 07/05/11 | Richard L. Gayle | Confer with Richard H. Fimoff re: settlement status. | 0.20 |
| 07/05/11 | Richard L. Gayle | Conference with Barry Glazer re status of loan documents. | 0.20 |
| 07/07/11 | Richard L. Gayle | Review and revise proffer of evidence, affidavit and other related court documents for submittal to counsel for secured lender for presentation to the Court on 7/12. | 0.20 |
| 07/08/11 | Richard L. Gayle | Confer with Mr. Djurin re: plan and related documentation modifications. | 0.30 |
| 07/08/11 | Richard L. Gayle | Telephone conference with attorney J. Berne re: same and address CRO issue raised by Anglo Irish. | 0.20 |
| 07/11/11 | Richard L. Gayle | Confer with Mr. Djurin re: CRO issues. | 0.30 |
| 07/12/11 | Richard L. Gayle | Confer with Mr. Djurin re: CRO issues and loan document issues to be resolved. | 0.40 |
| 07/12/11 | Richard L. Gayle | Internal meeting with Barry Glazer, Caroline S. Smith and Nancy K. Kondziolka re: reorganization of debtor and documentation required for lender's counsel. | 0.50 |

| 07/12/11 | Richard L. Gayle | Telephone conference with Ed Terry re role of CRO under plan of reorganization. | 0.50 |
|---|---|---|---|
| 07/12/11 | Richard L. Gayle | Conference with Barry Glazer re structure. | 0.30 |
| 07/13/11 | Richard L. Gayle | Confer with Barry Glazer and Richard F. Fimoff re: terms of loan documents and CRO selection issues. | 0.20 |
| 07/14/11 | Richard L. Gayle | Confer with Mr. Djurin re: CRO issue. | 0.20 |
| 07/18/11 | Richard L. Gayle | Confer with Richard H. Fimoff re: CRO and other open issues to be addressed in connection with Joint Plan and loan documents. | 0.50 |
| 07/19/11 | Richard L. Gayle | Confer with Richard H. Fimoff re: resolution of final open issues and approval of Joint Plan and loan documents. | 0.80 |
| 07/20/11 | Richard L. Gayle | Review and modify Angie Djurin guaranty. | 0.80 |
| 07/20/11 | Richard L. Gayle | Telephone conferences with counsel for Anglo Irish and client re: same. | 1.00 |
| 07/21/11 | Richard L. Gayle | Confer with Richard H. Fimoff re- final Joint Plan. | 0.30 |
| 07/22/11 | Richard L. Gayle | Confer with Richard H. Fimoff re: new loan documents and open issues. | 0.50 |
| 07/26/11 | Richard L. Gayle | Telephone conferences with Bill Huml and Rhonda Landry re: approved Joint Plan of Reorganization, structure of new entity, accounting, tax returns, etc. | 0.70 |
| 07/26/11 | Richard L. Gayle | Telephone conference with Angie re: approved Joint Plan of Reorganization, structure of new entity, accounting, tax returns, etc. | 0.20 |
| 07/26/11 | Richard L. Gayle | Telephone conference with Angie re: approved Joint Plan of Reorganization, structure of new entity, accounting, tax returns, etc. | 0.20 |
| 07/27/11 | Richard L. Gayle | Review email from Ms. Bayles re: Anglo's suggested revisions to Management Agreement and related issues. | 0.20 |
| 07/28/11 | Richard L. Gayle | Review Management Agreement revisions, subordination and control agreement issues and organizational documents. | 0.60 |
| 07/28/11 | Richard L. Gayle | Telephone conference with Mr. Djurin re: organizational and accounting issues. | 0.20 |
| 07/29/11 | Richard L. Gayle | Confer with Ms. Bayles re: loan document questions and issues. | 0.30 |
| 07/29/11 | Richard L. Gayle | Review comments on CRO agreement. | 0.10 |
| 08/01/11 | Richard L. Gayle | Confer with Richard H. Fimoff re: comments on Anglo Irish loan and related documents. | 0.30 |
| 08/03/11 | Richard L. Gayle | Review revised loan documents. | 0.60 |
| 08/04/11 | Richard L. Gayle | Confer with Mr. and Mrs. Djurin re: outstanding loan document issues to be resolved. | 0.40 |
| 08/04/11 | Richard L. Gayle | Review documents including proposed management agreement with North Street Properties. | 0.50 |
| 08/04/11 | Richard L. Gayle | Tend to organizational information requirements of lender. | 0.50 |
| 08/08/11 | Richard L. Gayle | Telephone conference with Mr. and Mrs. Djurin and Richard F. Fimoff re: modifications to Management Agreement. | 0.50 |
| 06/07/11 | Robert J. Trizna | Attention to correspondence and review term sheet. | 0.10 |
| 06/08/11 | Robert J. Trizna | Attention to correspondence and review revised term sheet. | 0.10 |
| 08/03/11 | Todd A. Bickel | Emails and telephone conference with lender's attorney. | 0.20 |
| 08/03/11 | Todd A. Bickel | Review additional loan document drafts. | 0.40 |
| 08/04/11 | Todd A. Bickel | Review additional loan documents. | 0.50 |
| 08/08/11 | Todd A. Bickel | Review revised loan documents. | 0.80 |
| 08/09/11 | Todd A. Bickel | Review and revise remaining loan documents. | 1.20 |
| 08/09/11 | Todd A. Bickel | Draft opinion letter. | 0.10 |
| 08/09/11 | Todd A. Bickel | Telephone conference with lender's counsel re loan documents. | 0.10 |

| 6/16/2011 | Barry Glazer | Telephone conference with Richard L. Gayle and Jason Berne re: loan modification and structure terms | 0.80 |

|  |  |
|---|---|
| **Barry Glazer** | 10.70 |
| **Caroline S. Smith** | 8.00 |
| **Marshall K. Brown** | 8.40 |
| **Nancy K. Kondiolka** | 9.90 |
| **Richard H. Fimoff** | 63.00 |
| **Richard L. Gayle** | 17.50 |
| **Robert J. Trizna** | 0.20 |
| **Todd A. Bickel** | 3.30 |
| **TOTAL:** | 121.00 |

# EXHIBIT D

### EXHIBIT D
### FEE PETITION - EXPENSES
### BERKLEY MANOR APARTMENTS LTD.
### EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 6/22/2011 | Postage Fee | $63.00 |
| 7/26/2011 | PACER fees | $24.88 |
| 7/28/2011 | Court Reporter Fee for Transcript | $661.45 |
| 8/5/2011 | Incorporation Fee | $281.25 |
| 8/10/2011 | Certified Copies - loan transaction | $75.00 |
| 8/10/2011 | Certificate of Good Standing | $40.00 |
| 8/10/2011 | Certified Copies - loan transaction | $12.00 |
| 8/10/2011 | Certified Copies - loan transaction | $52.00 |
| 8/10/2011 | Filing Fee - Certificate of Amendment | $265.00 |
| | | $1,474.58 |