## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 09-41895** |
| **BERKLEY MANOR APARTMENTS, L.P.** | ) | **Chapter 11** |
| a Pennsylvania limited partnership | ) | **Hon. Pamela S. Hollis** |
| | ) | |
| | ) | **Hearing Date: September 20, 2011** |
| | ) | **Hearing Time: 10:00 AM** |

### AMENDED
### NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on September 20, 2011 at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, in Courtroom 644 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in her place or stead, and shall then and there present the:

(a)   Eighth and Final Application of Robbins, Salomon & Patt, Ltd., as Attorneys for the Debtor and Debtor in Possession from November 4, 2009 through August 18, 2011, for Final Allowance and Payment of Compensation of $308,606.85 and Reimbursement of Expenses of $5,533.64 of which $257,549.35 for fee has been previously paid and $4,012.06 for expenses has previously been paid leaving a balance due of $51,057.50 for professional fees provided and $1,521.58 for expenses incurred;

(b)   Seventh and Final Application of William E. Huml & Company, Ltd., as Accountant for the Debtor and Debtor in Possession from November 4, 2009 through August 18, 2011, for Final Allowance and Payment of Compensation of $75,816.70 and Reimbursement of Expenses of $347.76 of which $69,669.20 for fee has been previously paid and $263.56 for expenses has previously been paid leaving a balance due of $6,147.50 for professional fees provided and $84.20 for expenses incurred;

at which time and place you may appear as you see fit.

*Copies of Robbins, Salomon & Patt, Ltd's and William E. Huml's fee petitions are available from the Clerk of the Bankruptcy Court through the CM/ECF system, or upon request from the undersigned,*

**Robbins, Salomon & Patt, Ltd.**

By:   /s/Richard H. Fimoff
      Richard H. Fimoff

RICHARD H. FIMOFF  (#804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington St., Suite 1000
Chicago, Illinois 60602
Telephone: (312) 782-9000
rfimoff@rsplaw.com

FZ627402

## CERTIFICATE OF SERVICE

Richard H. Fimoff certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon Patrick S. Layng, U.S. Trustee and Anglo Irish Bank Mortgage c/o Bryan Cave Law Firm, via electronically filing the foregoing with the Clerk of the Court using the CM/ECF system or, in the case of the Debtor's Unsecured Creditors (see list below), by depositing a copy in the U. S. Mail, at 25 E. Washington St., Chicago, Illinois, postage prepaid, addressed as shown below, on or before 5:00 p.m. on the 26th day of August, 2011.

/s/Richard H. Fimoff

Allegheny Pest Control
1356 Rt. 51
Suite 2
Jefferson Hills, PA  15025

American Pool Management-Pitts
4552 McKnight Road
Suite 5
Pittsburgh, PA  15237-3125

Amy Phillips
100 Hampshire Drive
Cranberry Townsh, PA  16066

Anglo Irish Bank
c\o BrynCave
161 N. Clark St., Ste 4300
Chicago, IL  60601

Apartment Finder-Pittsburgh
4030 Monroeville Blvd.
Monroeville, PA  15146

Apartment Finder-Pittsburgh
Network Comm Inc.
PO Box 402168
Atlanta, GA  30384-2168

Apartments.com
2563 Collection Center Drive
Chicago, IL  60693

Assurance Agency Ltd.
PO Box 66056
Chicago, IL  60666-0056

Assurant Health
PO Box 790076
St. Louis, MO  63179-0076

Berkley Manor Apartments Limited Ptrshp
c\o North Street Properties
100 North Field Drive, #110
Lake Forest, IL  60045-1694

Best Karpet Klean - Pittsburgh
1477 E. 357th Street
Eastlake, OH  44095

Butler County, Pennsylvania
c\o P.J. Lynd, Tax Collector
2525 Rochester Rd., Ste 402
Cranberry Townsh, PA  16066

Coatsworth Painting
117 Hoffman Road
Zelienople, PA  16066

Columbia Gas
PO Gas 742537
Cincinnati, OH  45274

Contactone Communications
1627 Penn Avenue, Suite 9A
Pittsburgh, PA  15222-4719

Cort Furniture
1201 Brighton Road
Pittsburgh, PA  15233

Crystal and Hinkley Springs
6750 Discovery Blvd.
Attn: Anika Johnson
Mableton, GA  30126

CTR Systems, Inc.
555 Keystone Drive
Warrendale, PA  15086

FZ627402

Don's Glass & Mirror
12619 Perry Highway
Wexford, PA  15090

Duron Paints & Wallcoverings
2701 Smallman Street
Pittsburgh, PA  15222-4719

Easton Telecom Services LLC
PO Box 550
Richfield, OH  44286

Floor Designs Unlimited LLC
3330 Library Road
Pittsburgh, PA  15234

For Rent Magazine
c/o United Advertising Publica
18943 - 120th Avenue N.E. #101
Bothell, WA  98011

For Rent Magazine
75 Remittance Drive, #1705
Chicago, IL  60675-1705

General Electric-Atlanta
Dehaan & Bach
25 Whitney Drive, ste. 16
Milford, OH  45150

General Electric-Atlanta
PO Box 402271
Atlanta, GA  30384-2271

General Electric-Pittsburgh
PO Box 640506
Pittsburgh, PA  15264-0506

General Electric-Pittsburgh
Dehaan & Bach
25 Whitney Drive, Ste. 106
Milford, OH  45150

Hagan Business Machines of
1773 N. Main Street
Butler, PA  16001

HD Supply Facilities Maint.
PO Box 509058
Shannon Moreno
San Diego, CA  92150-9058

Illustratus
8455 Lenexa Drive
Overland Park, KS  66214

Ivan Djurin
c\o North Street Properties
100 N. Field Dr., Ste 110
Lake Forest, IL  60045-0000

James Storer
581 Kimble Drive
Glenshaw, PA  15116

Jeffrey P. Myers
17025 Perry Highway
Warrendale, PA  15086-7547

JML Landscape Management
978 Route 910
Pittsburgh, PA  15238

Kam Management Company
100 Erie Plaza
27th Floor, Erieview Tower
Cleveland, OH  44114

Kurtanich
3001 Fallbrook Drive
Moon Township, PA  15108

Lab Safety Supply
PO Box 1368
Janesville, WI  53547

MGI Carpet Service, Inc.
PO Box 16
Gibsonia, PA  15044

FZ627402

MGI Carpet Service, Inc.
c/o Sierra Liquidity Fund, LLC
2699 White Road, Ste. 255
Irvine, CA  92614

Miracle Method of NW Pittsburg
1039 State Route 168
Darlington, PA  16115

Mongiovi and Son Fire Protecti
190 Bilmar Drive, Suite 100
Pittsburgh, PA  15205

Move Sales, Inc.
910 E. Hamilton Avenue
6th Floor
Campbell, CA  95008

National Apartment Association
c/o John McDermott
4300 Wilson Blvd., Ste. 400
Arlington, VA  22203

National City Credit Card
P. O. Box 856176
Louisville, KY  40285

North Street Properties Inc.
100 Field Drive, #110
Lake Forest, IL  60045-0000

Overhead Door Company
400 Poplar Street
Pittsburgh, PA  15223

Penn Power
PO Box 3687
Akron, OH  44309

Premier Safety & Service, Inc.
Two Industrial Park Drive
Oakdale, PA  15071

Quill Corporation
PO Box 37600
Philadelphia, PA  19101

Rent.com
Payment Center
Los Angeles, CA  90084

Rental Guide
c/o Sierra Liquidity Fund, LLC
2699 White Road, Ste. 255
Irvine, CA  92614

Resident Data, Inc.
c/o LexisNexis Screening
PO Box 7247-7782
Philadelphia, PA  19170-7782

Seneca Valley School District
c\o P.J. Lynd, Tax Collector
2525 Rochester Rd., Ste 402
Cranberry Townsh, PA  16066

Sprint
PO Box 4191
Carol Stream, IL  60197-4191

Steratore Sanitary Supply
P.O. Box 16
Washington, PA  15301

Teresa Matre
1498 Branch Falls Trail
Sylva, NC  28779

US Abe Uniform & Clothing
807 East Carson Street
Pittsburgh, PA  15203

US Power Wash
2024 Ventana Drive
Coraopolis, PA  15108

Vogel Disposal Service Inc.
121 Brickyard Rd.
Mars, PA  16046

Western Pennsylvania Apartment
P.O. Box 3165
Pittsburgh, PA  15230

Wilmar
Chantal Bouchard
P. O. Box 404284
Atlanta, GA  30384-2168

FZ627402

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  BERKLEY MANOR APARTMENTS, L.P.   )
                                      )
                                      )   Bankruptcy No.   09-41895
                                      )
                    Debtor.        )   Chapter         11

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant:             **WILLIAM E. HUML & COMPANY, LTD.**

Authorized to Provide Professional Services to:         **DEBTOR IN POSSESSION**

Date of Order Authorizing Employment:         November 24, 2009

Period for Which Compensation is Sought:
From       June 15     , 2011    through      August 18    , 2011

Amount of Fees Sought:  $ 6,147.50

Amount of Expense Reimbursement Sought:  $ 84.20

This is an:     Interim Application _____        Final Application ✔

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 2/8/2010 | 11/3/09-1/29/10 | 21,724.00 | 19,901.70 | 19,901.70 |
| 6/7/2010 | 1/29/10-4/30/10 | 11,534.00 | 12,504.00 | 11,534.00 |
| 9/16/2010 | 5/1/10-7/31/10 | 12,790.50 | 12,790.50 | 12,790.50 |
| 11/29/2010 | 8/1/10-10/31/10 | 8,459.50 | 8,438.50 | 8,438.50 |
| 3/28/2011 | 11/1/10-1/31/11 | 7,954.66 | 7,668.16 | 7,668.16 |
| 6/21/11 | 2/1/11-5/31/11 | 9,599.90 | 9,599.90 | 9,599.90 |

Dated:     September 2, 2011                 /s/ Richard H. Fimoff
                                                         (Counsel)

(Rev 11/19/10)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| | ) | **Chapter 11** |
| **BERKLEY MANOR APARTMENTS, L.P.** | ) | |
| a Pennsylvania limited partnership | ) | **Case No. 09-41895** |
| | ) | **Hon. Pamela Hollis** |
| Debtor | ) | |
| | ) | |
| | ) | |

## SEVENTH AND FINAL APPLICATION OF
## WILLIAM E. HUML & COMPANY, LTD., AS ACCOUNTANTS
## FOR DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE AND PAYMENT
## OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Now comes William E. Huml & Company, Ltd. ("WEH") as accountants for the Berkley Manor Apartments, L.P., debtor and debtor in possession herein, and for its Seventh and Final Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses, respectfully states as follows:

### JURISDICTION

1.      On November 4, 2009, Berkley Manor Apartments, L. P., (the "Debtor") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101-1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), commencing the above-captioned Chapter 11 case. The Debtor continues to operate its business and manage its properties as Debtor-in-Possession pursuant to sections 1107(c) and 1108 of the Bankruptcy Code.

FZ6241

1

2.    No creditors' committee has been appointed in this case.

3.    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.    The bases for the relief requested herein are sections 327 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules").

5.    On July 21, 2011 this Court confirmed the Joint Plan of Reorganization propounded by Debtor and Anglo Irish Bank Corporation.[Docket No. 297]

## BACKGROUND

6.    The Debtor is the owner and operator of a residential apartment project located in Pittsburgh, Pennsylvania, known as "Berkley Manor Apartments".

7.    Berkley Manor Apartments were constructed in 2001 as a rental apartment community, and was purchased by the Debtor in 2006 for approximately $28,000,000.00.

8.    Berkley Manor Apartments is comprised of 252 residential rental apartment units located in 12 buildings spread over 20 acres. In addition, the complex contains a clubhouse.

9.    Residential apartment units at Berkley Manor Apartments lease for rentals ranging from $749.00 to $1,800.00 per month. Leases for residential apartment units are for terms from three months to one year.

10.    Since acquiring Berkley Manor Apartments, the Debtor has employed North Street Properties, Inc. ("NSP"), an affiliated company, as its property manager.

FZ6241

11.   The Debtor's operational and profitability problems are principally due to the general economic problems of the country over the last several years which has resulted in periodic declines in occupancy levels, and the extended time required to bring occupancy levels back to proper levels. This has been exacerbated in Debtor's case by reason of fixed interest rate financing at levels substantially above current interest levels.

12.   On November 24, 2009 this Court entered an order authorizing the Debtor to retain WEH as its accountant in these Chapter 11 proceedings as of the inception of these cases, with WEH's compensation to be determined by this Court.

13.   WEH is not currently holding a retainer on behalf of Debtor.

14.   From the inception of these proceedings, November 4, 2009 through the present date, WEH acted as accountant for Debtor and Debtor in possession in these Chapter 11 proceedings, and continues to act as such accountant.

### RELIEF REQUESTED

15.   By this Application, WEH seeks the following:

a) the entry of an order allowing WEH final compensation in the amount of $75,816.70 for services provided to the debtor and debtor in possession during the period from November 4, 2009 through August 18, 2011 of which $69,669.20 has been previously paid;

b) the entry of an order allowing WEH final reimbursement in the amount of $347.76, for reimbursement of expenses incurred in connection with the performance of WEH's services during the period from November 4, 2009 through August 18, 2011 of which $263.56 has been previously paid; and,

FZ6241

c) the entry of an order directing the Debtor to pay to WEH the amounts this Court allows WEH as its final compensation and reimbursement of expenses.

## ACCOUNTING SERVICES RENDERED

16.    The total time expended by WEH in connection with this Chapter 11 case which has not previously been paid is for the period commencing June 1, 2011 through and including August 18, 2011 is 50.70 hours as follows:

| WEH Staff | Hours |
|---|---|
| William E. Huml | 1.90 |
| Ronda Landry | 20.60 |
| Karen Kolb | 28.20 |
| Total: | 50.70 |

17.    The hourly rates charged by WEH for accounting services rendered in this bankruptcy case are as follows:

| WEH Staff | Rate |
|---|---|
| William E. Huml | $225.00 |
| Ronda Landry | $175.00 |
| Karen Kolb | $75.00 |

These hourly rates are the customary and usual rates which WEH charges clients on matters of this nature.

18.    The accounting services rendered by WEH during the period from June 1, 2011 through August 18, 2011, which is the time that has not previously been paid is more fully described in Exhibits A - B and have been divided into the following general categories:

A.    General Administration

FZ6241

4

The accounting services rendered in this category relate to consulting with Debtor and Debtor's counsel re financial and operational issues created by filing of case, assisting Debtor with preparation of schedules and statement of financial affairs and amendments thereto, assisting Debtor with the preparation and submission of operating reports, maintaining Debtor's books and records, communicating with creditors regarding the inability to pay pre bankruptcy case obligations, preparation of variance reports, preparation of monthly operating reports and computation of U. S. Trustee's fees.

Total Time Expended:        18.40 Hours

General Administrative services were performed by the following:

| WEH Staff | Hours |
|---|---|
| William E. Huml | 1.90 |
| Ronda Landry | 5.90 |
| Karen Kolb | 10.60 |
| Total: | 18.40 |

Attached to this Motion as Exhibit "A" is an itemization of the accounting services rendered in this category.

B.    Cash Collateral

The accounting services rendered in this category relate to the Debtor's use of the cash collateral of Anglo-Irish Bank, including drafting of cash flow budgets for use of cash collateral, preparation of variance reports, communications with Debtor's counsel on modifications of budgets, working with Debtor's staff and managers to establish and comply with appropriate

FZ6241

cash collateral budgets, negotiation of changes in terms and items in cash collateral budgets, responding to informational requests of secured lender.

Total Time Expended:          32.30 Hours

| WEH Staff | Hours |
|---|---|
| Ronda Landry | 14.70 |
| Karen Kolb | 17.60 |
| Total: | 32.30 |

Attached to this Motion as Exhibit "B" is an itemization of the accounting services rendered in this category.

19.    The total time expended by WEH in connection with this Chapter 11 case during the period commencing June 1, 2011 through August 18, 2011 is 50.70 hours as follows:

| WEH Staff | Hours | Amount |
|---|---|---|
| William E. Huml | 1.90 | $427.50 |
| Ronda Landry | 20.60 | $3,605.00 |
| Karen Kolb | 28.20 | $2,115.00 |
| Total: | 50.70 | $9,467.50 |

## EXPENSES INCURRED

20.    During the course of the representation of the Debtor in possession, WEH has incurred necessary expenses for which reimbursement is sought. The total amount of these expenses for the period commencing June 1, 2011 through August 18, 2011 is $84.20 for postage expenses incurred by WEH, which is the amount of expenses previously unpaid.

## CONCLUSION

FZ6241

21.     WEH's First Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $21,724.00 in fees, and $0 as reimbursement of expenses. This Court awarded $19,901.70 in fees and $0 in reimbursement of expenses, a portion of which was paid from the retainer held by WEH.

22.     WEH's Second Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $11,534.00 in fees, and $0 as reimbursement of expenses. This Court awarded $12,504.00 in fees (only $11,534 was paid to WEH from the amount awarded) and $0 in reimbursement of expenses, of which $11,534.00 was paid from Debtor's cash flow.

23.     WEH's Third Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $12,790.50 in fees, and $0 as reimbursement of expenses. This Court awarded $12,790.50 in fees and $0 in reimbursement of expenses, which was paid from Debtor's cash flow.

24.     WEH's Fourth Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $8,459.50 in fees and $0.00 as reimbursement of expenses. This Court awarded $8,438.50 in fees and $0.00 in reimbursement of expenses which was paid from Debtor's cash flow.

25.     WEH's Fifth Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $7,823.50 in fees and $131.16 as reimbursement of expenses. This Court awarded $7,537.00 in fees and $131.16 in reimbursement of expenses which was paid from Debtor's cash flow.

FZ6241

26.    WEH's Sixth Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $9,467.50 in fees and $132.40 as reimbursement of expenses. This Court awarded $9,467.50 in fees and $132.40 as reimbursement of expenses which was paid from Debtor's cash flow.

27.    Other than as provided in Section 504(b) of the Bankruptcy Code, WEH has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity. No promises concerning compensation have been made to WEH by any person, firm or entity.

28.    WEH asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary accounting services rendered, based upon the time, nature, extent and value of such accounting services. WEH further asserts that the cost of accounting services rendered for and on behalf of the Debtor in Possession is comparable to the cost of similar services in matters other than under the Bankruptcy Code. WEH has sometimes utilized two or three staff members to review and/or revise budgets or projections, participate in conference calls and to discuss strategy. WEH has attempted to keep such multiple participation to a minimum, but where utilized, given the size and complexity of this case, WEH believes that such participation was appropriate and is compensable.

29.    WEH asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor in Possession in this Chapter 11 case.

FZ6241

8

WHEREFORE, for the foregoing reasons, William E. Huml & Company, Ltd., accountants for the Debtor in Possession, prays for the entry of an order pursuant to Section 331 of the Bankruptcy Code, as follows:

A.    Allowing final compensation and reimbursement of expenses to William E. Huml & Company, Ltd. in the amounts of $75,816.70 and $347.76 respectively for services provided and expenses incurred from November 4, 2009 through August 18, 2011 of which $69,669.20 for fees has been previously paid and $263.56 for expenses has previously been paid leaving an unpaid balance of $6,147.50 for professional fees provided and $84.20 for expenses incurred and previously not reimbursed;

B.    Authorizing and directing payment by the Debtor in Possession to William E. Huml & Company, Ltd. of the sum of $6,147.50 for fees and $84.20 for expenses incurred; and

C.    Granting such other relief as may be just and equitable.

Respectfully Submitted,

**WILLIAM E. HUML & COMPANY, LTD.**

BY: /s/Richard H. Fimoff
One of the Debtor's Attorneys


Richard H. Fimoff (804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington Street, 10th Floor
Chicago, Illinois 60602
(312) 782-9000
rfimoff@rsplaw.com


FZ6241

9

# EXHIBIT A

**EXHIBIT A**
**FEE PETITION - WILLIAM E. HUML & CO. Ltd.**
**BERKLEY MANOR**
**GENERAL ADMINISTRATION**

| Staff | Date | Description of work performed | Hours |
|---|---|---|---|
| Landry,Ron | 06/01/2011 | Prepare reporting for Trustee reports to include the Rent Rolls, A/R Aging and A/P Aging from the Yardi system | 0.20 |
| Kolb,Karen | 06/01/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of May | 2.00 |
| Kolb,Karen | 06/07/2011 | Prepare and enter all journal entries and accruals into system;   print and reconcile financial statements for the month of May | 0.20 |
| Landry,Ron | 06/08/2011 | Review US Trustee reporting for month ending 5/31/11 | 0.30 |
| Kolb,Karen | 06/14/2011 | Correct U.S. Trustee payroll reports for May 2011 | 0.30 |
| Landry,Ron | 06/29/2011 | Review and discuss the term sheet proposed by the parties; determine how the transition may happen and the important dates therein | 0.40 |
| Kolb,Karen | 06/29/2011 | Reconcile Operating bank account as well as the Security Deposit bank account for the month of June | 1.50 |
| Huml,Willi | 06/29/2011 | Reviewing with Ivan Djurin our duties with the transition out of Chap 11. | 0.50 |
| Kolb,Karen | 06/30/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of June | 0.50 |
| Kolb,Karen | 07/01/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of June | 0.90 |
| Landry,Ron | 07/01/2011 | Prepare quarterly trustee fee calculation and form for quarter ending 6/30/11 | 0.20 |
| Kolb,Karen | 07/07/2011 | Prepare and enter all payrolls, journal entries and accruals into system;   print financial statements for the month of June | 0.40 |
| Landry,Ron | 07/12/2011 | Review US Trustee reporting for month ending 6/30; obtain signatures from Debtor | 0.40 |
| Kolb,Karen | 07/13/2011 | Prepare and file Local Service Taxes for second quarter | 0.20 |
| Landry,Ron | 07/15/2011 | Review financial statements and account reconciliations for month ending June, 2011 | 0.30 |
| Landry,Ron | 07/18/2011 | Update schedule for attorney, R. Fimoff of all payments post-petition made to Anglo Irish | 0.30 |
| Landry,Ron | 07/19/2011 | Discuss with A. Djurin the items relating the post-Ch. 11 scenario with new entities in place | 0.20 |
| Huml,Willi | 07/26/2011 | A:Telephone with R. Gayle regarding the court joint agreement for termination | 0.50 |
| Huml,Willi | 07/26/2011 | A:Time in reading and reviewing the joint plan of reorganization in order to plan for the accounting and structure change. | 0.50 |
| Landry,Ron | 07/26/2011 | Read through the joint plan or reorganization and new entity structure to determine whether new bank accounts and payroll accounts need to be set up; also any tax implications and procedures; discuss same with A. Djurin | 0.20 |
| Landry,Ron | 07/26/2011 | Telephone conference with attorney, R. Gayle and W. Huml regarding the plan of reorganization; | 0.20 |

| | | | |
|---|---|---|---|
| | | discuss the new entities and the ownership therein | |
| Kolb,Karen | 07/26/2011 | Reconcile Operating bank account as well as the Security Deposit bank account for the month of Juy | 1.50 |
| Kolb,Karen | 07/27/2011 | Prepare U.S. Trustee payroll reports for July | 0.30 |
| Landry,Ron | 07/27/2011 | Set up a new general ledger account in Yardi | 0.20 |
| Kolb,Karen | 07/27/2011 | Reconcile Operating bank account as well as the Security Deposit bank account for the month of July | 0.50 |
| Landry,Ron | 08/02/2011 | Review with C. Davis the open payable for the pre-filing detail; make recommendations as to how to eliminate those payables if they were previously paid though Vendor Security Deposits | 0.30 |
| Kolb,Karen | 08/03/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of July | 1.00 |
| Kolb,Karen | 08/04/2011 | Prepare U.S. Trustee reports; prepare end of month reports of all checks cut and all receipts for the month of July | 1.00 |
| Landry,Ron | 08/04/2011 | Assist with discrepancy in balancing the trustee report for month ending 7/31; work through payroll journal entries and corrections | 0.60 |
| Landry,Ron | 08/05/2011 | Locate and correct discrepancy in the trustee report for month ending 7/31; updated worksheet accordingly | 0.70 |
| Huml,Willi | 08/08/2011 | Review weekly checks and bills, sign and mail | 0.40 |
| Landry,Ron | 08/08/2011 | Review US Trustee reports for month ending 7/31/11; input all payroll verification information | 0.40 |
| Kolb,Karen | 08/08/2011 | Prepare and enter all payrolls, journal entries and accruals into system;   reconcile all general ledger accounts and print financial statements for the month of July | 0.30 |
| Landry,Ron | 08/10/2011 | Correct the trustee report for month ending 7/31/11; ready the packet for Debtor's signatures | 0.30 |
| Landry,Ron | 08/10/2011 | Gather information relating to the discrepancies between the Sec. Dep. Payable and the Sec. Dep. Cash Account; prepare notes to discuss with Debtor | 0.20 |
| Landry,Ron | 08/10/2011 | Review financial statements for month ending 7/31/11 | 0.30 |
| Landry,Ron | 08/11/2011 | Discuss with Debtor the issues surrounding the discrepancies in the security deposit payable and cash accounts | 0.20 |

|  |  |
|---|---|
| William E. Huml | 1.90 |
| Ronda Landry | 5.90 |
| Karen Kolb | 10.60 |
| Total: | 18.40 |

FZ6135

# EXHIBIT B

**EXHIBIT B**
**FEE PETITION - WILLIAM E. HUML & CO. Ltd.**
**BERKLKEY MANOR**
**CASH COLLATERAL**

| Staff | Date | Description of work performed | Hours |
|-------|------|-------------------------------|-------|
| Kolb,Karen | 06/01/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.20 |
| Landry,Ron | 06/01/2011 | Discuss with D. Storer the follow up questions from Grant Thornton; send email accordingly | 0.30 |
| Kolb,Karen | 06/01/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/02/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Landry,Ron | 06/02/2011 | Follow up with Grant Thornton on the approval of the budgets; send copy of payroll journal entry | 0.10 |
| Landry,Ron | 06/03/2011 | Prepare analysis of all post-petition payments made to Anglo Irish through Yardi and exported to Excel; email to Debtor for review | 0.30 |
| Landry,Ron | 06/03/2011 | Update variance reporting to include the 6/4 budget (not approved), but needed due to having the payroll and utilities approved | 0.30 |
| Landry,Ron | 06/06/2011 | Prepare variance report for week ending 6/4; email to Debtor for approval | 0.40 |
| Landry,Ron | 06/06/2011 | Set up new variance report to include full 13-week approved budget; update spreadsheet for check processing for week ending 6/11 | 0.50 |
| Landry,Ron | 06/06/2011 | Review and sign payable checks for week ending 6/11 | 0.20 |
| Kolb,Karen | 06/06/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/06/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 1.00 |
| Kolb,Karen | 06/07/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.10 |
| Landry,Ron | 06/07/2011 | Review variance report for week ending 6/11 and update cash receipts accordingly; send to Grant Thornton pursuant to their email requesting information on the variances for week ending 6/4 | 0.30 |
| Landry,Ron | 06/09/2011 | Review and send the variance reporting for week ending 6/11/11; set up new variance Excel spreadsheet for next week | 0.40 |
| Kolb,Karen | 06/09/2011 | Balance variance reports to cash spreadsheets for week ending 6/11/11 | 0.20 |
| Kolb,Karen | 06/09/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.50 |
| Kolb,Karen | 06/13/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.50 |
| Kolb,Karen | 06/13/2011 | Update daily cash receipts into spreadsheets | 0.20 |
| Kolb,Karen | 06/14/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/14/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.40 |
| Kolb,Karen | 06/15/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/17/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/17/2011 | Transfer funds to cover security deposit checks cut; update variance report accordingly | 0.10 |
| Kolb,Karen | 06/17/2011 | Balance variance reports to cash spreadsheets for week ending 6/18/11 | 0.20 |
| Kolb,Karen | 06/17/2011 | Review all weekly payable invoices and post in the system | 0.20 |

| | | | |
|---|---|---|---|
| Kolb,Karen | 06/20/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.90 |
| Landry,Ron | 06/20/2011 | Review and sign payment checks for week ending 6/25 | 0.20 |
| Landry,Ron | 06/20/2011 | Respond to questions raised by Grant Thornton on minor variances for week ending 6/18 | 0.20 |
| Landry,Ron | 06/20/2011 | Review variance report for week ending 6/18 and set up new worksheet for variance reporting for week ending 6/25 | 0.60 |
| Kolb,Karen | 06/20/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/21/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/21/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.20 |
| Kolb,Karen | 06/23/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 06/23/2011 | Balance variance reports to cash spreadsheets for week ending | 0.40 |
| Landry,Ron | 06/27/2011 | Update, review and send the variance report for week ending 6/25 | 0.30 |
| Landry,Ron | 06/27/2011 | Issue payable checks in accordance with the budget for week ending 7/2; update variance report | 0.80 |
| Landry,Ron | 06/28/2011 | Issue check pulling excess funds out of First Commonwealth to be deposited into the reserve account at Private Bank | 0.30 |
| Kolb,Karen | 06/29/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.40 |
| Kolb,Karen | 06/29/2011 | Update daily cash receipts into spreadsheets | 0.20 |
| Landry,Ron | 06/30/2011 | Respond to Grant Thornton questions on the variance report for week ending 6/25 | 0.30 |
| Kolb,Karen | 07/01/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Landry,Ron | 07/01/2011 | Set up new variance reporting template to take budget to the end of the year as requested by Debtor | 0.40 |
| Landry,Ron | 07/05/2011 | Review variance report for week ending 7/2; sent to Debtor for review | 0.30 |
| Landry,Ron | 07/05/2011 | Prepare/write checks for week ending 7/9 accordingly to the weekly budget; update variance report accordingly | 0.70 |
| Kolb,Karen | 07/06/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 07/07/2011 | Transfer funds to cover security deposit checks cut; update variance report accordingly | 0.20 |
| Kolb,Karen | 07/07/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 07/07/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.20 |
| Landry,Ron | 07/07/2011 | Complete template for the budget taking it to 12/31/11; insert those estimated calculations that are stipulated in the Term Sheet; email to manager, D. Storer and Debtor | 0.70 |
| Kolb,Karen | 07/08/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 07/08/2011 | Balance variance reports to cash spreadsheets for week ending 7/9/11 | 0.40 |
| Landry,Ron | 07/11/2011 | Review and send variance reports for week ending 7/9 | 0.40 |
| Kolb,Karen | 07/12/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.60 |
| Landry,Ron | 07/12/2011 | Initiate payment checks to fund the reserve account from excess in operating account | 0.30 |
| Landry,Ron | 07/12/2011 | Review and sign payment checks for week ending 7/16; review variance report to verify compliance | 0.20 |

| | | with budget | |
|---|---|---|---|
| Landry,Ron | 07/13/2011 | Revise the current working budget to include professional fees as approved by the courts; email .pdf to attorney, R. Fimoff | 0.40 |
| Kolb,Karen | 07/13/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.40 |
| Kolb,Karen | 07/14/2011 | Review all weekly payable invoices and post in the system | 0.10 |
| Kolb,Karen | 07/14/2011 | Balance variance reports to cash spreadsheets for week ending 7/16/11 | 0.20 |
| Kolb,Karen | 07/14/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.20 |
| Landry,Ron | 07/14/2011 | Initiate wire transfer to Robbins, Salomon & Patt; type fax request to bank | 0.20 |
| Landry,Ron | 07/15/2011 | Review variance report for week ending 7/16; set up new worksheets for week ending 7/23 | 0.30 |
| Kolb,Karen | 07/18/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 07/18/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.70 |
| Landry,Ron | 07/19/2011 | Review and sign all payment checks for week ending 7/23 | 0.20 |
| Kolb,Karen | 07/20/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 07/25/2011 | Review all weekly payable invoices and post in the system | 0.50 |
| Kolb,Karen | 07/25/2011 | Create new variance report spreadsheets for week ending 7/30/11 | 0.50 |
| Kolb,Karen | 07/25/2011 | Update daily cash receipts into spreadsheets | 0.20 |
| Kolb,Karen | 07/26/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 1.00 |
| Landry,Ron | 07/26/2011 | Review payments and corresponding payables; sign checks accordingly for week ending 7/30 | 0.20 |
| Kolb,Karen | 07/27/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.50 |
| Kolb,Karen | 07/28/2011 | Post in system Operating bank account and Security Deposit bank account reconciliations for the month of July | 0.20 |
| Kolb,Karen | 07/28/2011 | Transfer funds to cover security deposit checks cut; update variance report accordingly | 0.30 |
| Kolb,Karen | 07/28/2011 | Review all weekly payable invoices and post in the system | 0.20 |
| Kolb,Karen | 07/28/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Landry,Ron | 07/29/2011 | Review and send variance report for week ending 7/30; set up new worksheet for week ending 8/6 | 0.40 |
| Landry,Ron | 07/29/2011 | Respond to Grant Thornton's list of variance questions | 0.20 |
| Kolb,Karen | 08/01/2011 | | 0.10 |
| Kolb,Karen | 08/01/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.70 |
| Landry,Ron | 08/01/2011 | Per request from attorney, R. Fimoff, locate discrepancies in the Adequate Protection payments made to Anglo Irish during the post-filing period | 0.30 |
| Landry,Ron | 08/01/2011 | Review and sign all payment checks for week ending 8/6/11 | 0.20 |
| Kolb,Karen | 08/02/2011 | Update daily cash receipts into spreadsheets | 0.20 |
| Kolb,Karen | 08/03/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.30 |
| Kolb,Karen | 08/04/2011 | Transfer funds to cover security deposit checks cut; update variance report accordingly | 0.20 |
| Kolb,Karen | 08/04/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Landry,Ron | 08/04/2011 | Create the various journal entries and payments needed for the request to have Berkley & Ventana pay the professional fees for the 2241 and 5650 | 0.60 |

|  |  | entities as approved by Anglo Irish |  |
|---|---|---|---|
| Landry,Ron | 08/08/2011 | Set up new variance report worksheets for week ending 8/13 | 0.20 |
| Kolb,Karen | 08/08/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 08/08/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.70 |
| Landry,Ron | 08/09/2011 | Review and modify the monthly budget worksheets and the weekly budget worksheets; review with I. Djurin and make additional necessary changes | 1.50 |
| Kolb,Karen | 08/10/2011 | Prepare the payroll and payroll allocations journal entry and update variance report accordingly | 0.40 |
| Landry,Ron | 08/10/2011 | Re-work the detail analysis received from R. Fimoff of the adequate protection payments made to Anglo Irish during the Ch. 11 period; locate all discrepancies and highlight those therein | 0.60 |
| Kolb,Karen | 08/11/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 08/11/2011 | Balance variance reports to cash spreadsheets for week ending 8/13/11 | 0.30 |
| Landry,Ron | 08/12/2011 | Review and send the variance report for week ending 8/13 to Debtor; set up  new variance report worksheet for week ending 8/20 | 0.40 |
| Landry,Ron | 08/15/2011 | Review and sign checks processed for week ending 8/20/11 | 0.20 |
| Kolb,Karen | 08/15/2011 | Preparation of checks according to this week's budget; update variance report accordingly | 0.50 |
| Kolb,Karen | 08/16/2011 | Update daily cash receipts into spreadsheets | 0.10 |
| Kolb,Karen | 08/16/2011 | Review all weekly payable invoices and post in the system | 0.10 |
| Landry,Ron | 08/18/2011 | Work with the Debtor to update the monthly budgets; include new Legal & Professional account and recalculate mortgage interest | 0.30 |

|  |  |
|---|---|
| **Ronda Landry** | 14.70 |
| **Karen Kolb** | 17.60 |
| **Total:** | 32.30 |